E-FILED
Friday, 14 August, 2015  11:12:41 AM
Clerk, U.S. District Court, ILCD

Exhibit E to Motion for Summary Judgment

# THE MILLIKIN UNIVERSITY AND DECATUR MEMORIAL HOSPITAL NURSE ANESTHESIA PROGRAM

# REGISTERED NURSE ANESTHESIA INTERN HANDBOOK

## 2011-2012

# REGISTERED NURSE ANESTHESIA INTERN HANDBOOK

## 2011-2012

Approved: April 2011

Reviewed by:

_____
Jon M. Jacoby, M.D.
Medical Director


_____
Rhonda Gee, APN, CRNA, DNSc
CRNA Program Director


_____
Lori Stone, APN, CRNA, MSN
Assistant Program Director

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| I. | Introduction | |
| | Notice of Intent | 1 |
| | Accreditation | 2 |
| | Philosophy, Mission and Goals | 2 |
| | Intern Learning Outcomes | 4 |
| | NAP Benchmarks | 6 |
| | | |
| II. | Organization of the Program | |
| | Organizational Charts | 7 |
| | Administrative Listing | 13 |
| | Required Sequence of Courses | 15 |
| | | |
| III. | Rights and Responsibilities | |
| | Patients, Applicants, Alumni | 16 |
| | Alumni, Faculty | 17 |
| | Conducting Institutions | 18 |
| | Council on Accreditation | 19 |
| | RNAI | 19 |
| | AANA Code of Ethics | 21 |
| | Scope and Standards for Nurse Anesthesia Practice | 24 |
| | AANA Standards for Nurse Anesthesia Practice | 27 |
| | | |
| IV. | General Policies | |
| | AANA Membership, Ancillary Clinical Experiences | 31 |
| | Awards | 32 |
| | Clinical Case Record Documentation | 33 |
| | Communication, Pagers | 33 |
| | Examinations | 34 |
| | Financial Considerations | 35 |
| | Journal Club, Liability Insurance | 36 |
| | Libraries, Required Texts | 37 |
| | Parking | 38 |
| | Professional Meetings, Simulation, Study Areas | 38 |
| | Use of Telephone/Computers | 38 |
| | | |
| V. | Policies | |
| | Accreditation Policy | 40 |
| | Admission & Graduation Criteria Policy | 41 |
| | Graduation Deferral | 43 |
| | Allowable Time Off | 44 |
| | Attendance Policy | 46 |
| | Call Policy | 50 |
| | Clinical Affiliation Policy | 52 |
| | Clinical Affiliation Evaluation Policy | 54 |
| | Clinical Compliance Policy | 55 |
| | Licensure and Certifications | 56 |
| | Documentation | 56 |
| | Clinical Occurrence Policy | 58 |
| | Clinical Supervision of RNAIs | 59 |
| | Code of Honor and Integrity Policy | 60 |
| | Dress Code Policy | 61 |
| | Grading Policy | 63 |
| | General Policy on Programmatic Change | 64 |

**TABLE OF CONTENTS**

V.   Policies, continued
     General Policy on Self-Assessment                                                   Page
             Program, Interns, Instructors, Courses    …………………………    65
     Leave of Absence Policy   …………………………………………………..    70
             Jury Duty, Deposition; Funeral Leave, Military Leave    ……..    70
     Policy on Probation/Suspension/Dismissal of RNAI's, etc.    ………………    72
     Pre and Postoperative Anesthesia Rounds Policy    ………………………..    76
     Record Retention Policy            ……………………………………………    79
     Review Course Policy            ……………………………………………    81
     RNAI Clinical Evaluation Policy    ……………………………………………    82
     Intern Progression Policy   …………………………………………………    90
     Substance Abuse Policy            ……………………………………………    91
     Technical and Physical Standards Policy    …………………………………    93
     Wellness Policy            ……………………………………………..    94
     Work Outside the Program Policy   ……………………………………………    95

**Notice of Intent**

This handbook has been developed to familiarize the nurse anesthesia intern with the Nurse Anesthesia Program's policies. The handbook is used in addition to the Millikin University Student Handbook and the Millikin University School of Nursing Graduate Student Handbook to direct the educational processes of the program. In the role of a Registered Nurse Anesthesia Intern (RNAI), interns are not considered employees of Decatur Memorial Hospital (DMH) or any of its affiliates. The Nurse Anesthesia Faculty routinely reviews policies on an annual basis. The Anesthesia Faculty reserves the right to change policies during the year as deemed necessary as the program may evolve and change the curriculum and/or clinical schedule in order to insure/improve the program's educational standards. Additionally, compliance regulations for DMH or any of the affiliates may change and impact program policy and/or procedures.  Notice of policy revisions, which have impact on the nurse anesthesia intern will be given in writing and will be verbally discussed at intern meetings. Policy revisions between annual reviews supersede the existing policy of the RNAI's handbook and are in effect immediately upon distribution to the nurse anesthesia intern. The handbook is published annually incorporating any policy or language changes in the preceding 12 months. Any questions regarding the policies contained in this handbook or subsequent revisions should be referred to the Program Director of the Nurse Anesthesia Program.

1

# ACCREDITATION

The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program is accredited by the Council on Accreditation of Nurse Anesthesia Educational Programs (COA), 222 South Prospect Avenue, Park Ridge, Illinois 60068-4001; phone: 847-692-7050. The COA is a specialized accrediting body recognized by the Council on Higher Education (CHEA) and the United States Department of Education (USDE). The program's next review by the COA is scheduled for October 2015.

RNAIs actively participate in the accreditation process. The specifics of their role in the accreditation process are provided during the planning process.

## PHILOSOPHY, MISSION, and GOALS

### Millikin UniversityDepartment
The mission and vision of Millikin University to deliver on the promise of education as we prepare students for professional success, democratic citizenship in a global society, and a personal life of meaning and value.

### School of Nursing
The nursing curricula at Millikin University foster the development of men and women in a community of life-long learners who are able to envision and shape the future of health care and compose a personal life of meaning and value.

### Decatur Memorial Hospital Mission Statement
The mission of Decatur Memorial Hospital (DMH) is to improve the health of the people of Central Illinois.

### Decatur Memorial Hospital Vision
The greatest care delivered by the best people.

### Nurse Anesthesia Program Mission Statement
The Nurse Anesthesia Program is committed to providing a program of excellence which prepares nurse anesthesia practitioners who are competent professionals, who are committed to the delivery of evidence-based practice in a diverse society, and whose professional code of ethics informs their personal lives.

### Nurse Anesthesia Program Philosophy Statement
The administration of anesthesia is an important aspect of the total care provided by the nation's health care delivery system.  The nurse anesthesia faculty participates in the education of professional nurses to enter this specialized field with knowledge of advanced physiology and pharmacology of the anesthetic agents and related medications. It is the responsibility of this faculty to plan, organize, implement, supervise and evaluate a wide variety of learning experiences.

2

The faculty strives for academic and clinical excellence, thus allowing each graduate the opportunity for successful completion of the examination for certification as a CRNA as well as the ability to adjust to a variety of clinical situations.  The faculty endeavors to instill a code of ethics within the Interns that projects professional conduct in the Interns' relationship with patients as well as members of the health care team.. In an atmosphere where mutual interaction between learners and instructors is stressed, the learners are guided toward achievement of self-realization, self-confidence, and self-reliance.

**Intern Learning Outcomes**

In addition to those Student Learning Outcomes for Graduates of the MSN Program at Millikin University, specific Intern learning outcomes for the nurse anesthesia program have been identified. These outcomes are based on Standard III, C20 of the Standards and Guidelines for Accreditation of Nurse Anesthesia Educational Programs (effective January 2008) to assure that the new graduate has acquired knowledge, skills, and competencies in patient safety, perianesthetic management, critical thinking, communication, and the professional role as mandated by the Council on Accreditation of Nurse Anesthesia Educational Programs.

Upon successful completion of the nurse anesthesia program, the graduate student will be able to demonstrate:

A.     Patient safety is demonstrated by the ability of the graduate to:

     1.     Be vigilant in the delivery of patient care.
     2.     Protect patients from iatrogenic complications.
     3.     Participate in the positioning of patients to prevent injury.
     4.     Conduct a comprehensive and appropriate equipment check.
     5.     Utilize universal precautions and appropriate infection control measures.

B.     Individualized perianesthetic management is demonstrated by the ability of the graduate to:

     1.     Provide care throughout the perianesthetic continuum.
     2.     Use a variety of current anesthesia techniques, agents, adjunctive drugs, and equipment while providing anesthesia.
     3.     Administer general anesthesia to patients of all ages and physical conditions for a variety of surgical and medically related procedures.
     4.     Provide anesthesia services to all patients, including trauma and emergency cases.
     5.     Administer and manage a variety of regional anesthetics.
     6.     Function as a resource person for airway and ventilatory management of patients.
     7.     Possess current advanced cardiac life support (ACLS) recognition.
     8.     Posses current pediatric advanced life support (PALS) recognition.
     9.     Deliver culturally competent perianesthetic care throughout the anesthesia experience.

C.     Critical thinking as demonstrated by the graduate's ability to:

     1.     Apply theory to practice in decision-making and problem-solving.
     2.     Provide nurse anesthesia care based on sound principles and research evidence.
     3.     Perform a preanesthetic assessment and formulate an anesthesia care plan for patients to whom they are assigned to administer anesthesia.
     4.     Identify and take appropriate action when confronted with anesthetic equipment-related malfunctions.

4

5.    Interpret and utilize data obtained from noninvasive and invasive monitoring modalities.

6.    Calculate, initiate, and manage fluid and blood component therapy.

7.    Recognize and appropriately respond to anesthetic complications that occur during the perianesthetic period.

8.    Pass the Council on Certification of Nurse Anesthetists' certification examination.

D.    Communication skills as demonstrated by the graduate's ability to:

1.    Effectively communicate with all individuals influencing patient care.

2.    Utilize appropriate verbal, nonverbal, and written communication in the delivery of perianesthetic care.

E.    Professional role as demonstrated by the graduate's ability to:

1.    Participate in quality management activities.

2.    Function with appropriate legal requirements as a registered professional nurse, accepting responsibility and accountability for his or her practice.

3.    Interact on a professional level with integrity.

4.    Teach others.

5.    Participate in continuing education activities to acquire new knowledge and improve his or her practice.

**NAP Benchmarks**

The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program faculty has identified the following benchmarks:

1.  Eighty-five percent (85%) or higher of the graduates will pass the Council on Certification of Nurse Anesthetists' National Certification Examination on the first writing as verified by the certification report from the Council on Certification of Nurse Anesthetists.

2.  One hundred percent (100%) of the graduates will be employed as CRNAs within six months of graduation should they desire to be employed.

3.  Eighty-five percent (85%) or higher of respondents to the Nurse Anesthesia Program Graduate Survey one year following graduation will have participated or plan to participate in some form of continuing education within two (2) years of obtaining certification.

4.  Eighty-five percent (85%) or higher of the students admitted to the Nurse Anesthesia Program will complete the Program's course of study within 33 months.

5.  Eighty-five percent (85%) or higher of the respondents to the The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program's Graduate Survey one year following graduation will evaluate their ability to perform entry-level tasks a score of 3 or above.

6.  Eighty-five percent (85%) of the respondents to the The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program's Graduate Employer Survey one year following graduation will evaluate the graduate's ability to perform entry-level tasks a 3 or above.

6

# ORGANIZATION OF THE PROGRAM

The organizational charts contained in this section are provided to assist the RNAI in the communication and authority structure of the nurse anesthesia program in relation to Decatur Memorial Hospital, Millikin University and the clinical affiliations.

1.    DMH Organizational Chart – The Nurse Anesthesia Program is part of Anesthesia/Pain Management Services and reports to the Executive Vice President/Chief Operating Officer.

2.    Department of Anesthesiology – Demonstrates the reporting and functional lines of authority for staff and interns within the Department of Anesthesiology.

3.    Millikin University School of Nursing Organizational Chart– Demonstrates the relationship and lines of authority of the Nurse Anesthesia Program within the SON.

4.    The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Organizational Chart- illustrates the relationship and lines of authority of the Nurse Anesthesia Program within Millikin University and DMH

5.    Clinical Affiliations – Demonstrates the line relationship between the clinical affiliation administration/clinical coordinator's and DMH.

Decatur Memorial Hospital Organizational Chart
(Hard copies have been distributed)

Department of Anesthesiology Organizational Chart
(Hard copies have been distributed)

9

Millikin University School of Nursing Organizational Chart

10

The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Organizational Chart

Clinical Affiliations

# THE MILLIKIN UNIVERSITY AND DECATUR MEMORIAL HOSPITAL NURSE ANESTHESIA PROGRAM

**Administrative Listing:**

CRNA Program Director……………………………Rhonda Gee, APN, CRNA, DNSc

Assistant CRNA Program Director…………………Lori Stone, APN, CRNA, MSN

Executive Director Anesthesia Services……..……...Susan Kiefer-Griffin, APN, CRNA, MSN

Medical Director……………………………………Jon Jacoby, MD

DMH Clinical Coordinator…………………………Tracy Dehority, APN, CRNA, MSN

Director, School of Nursing…………………………Deborah Slayton, EdD, RN

Chair, School of Nursing……………………………Cheryl Hilgenburg, EdD, RN

Interim Dean, CPS  …………………………………Deborah Slayton, EdD, RN

Administrative Coordinator, DMH NAP……………Jane Peterson

Administrative Coordinator, SON MSN……………Marianne Taylor

**DMH Faculty and Clinical Preceptors**

**MD's:**
J. Mark Moore
Dale P. Ostrander
Jon M. Jacoby
Andre Granzotti
David Evelti
Nicholas Sarros
William Frame
Olawutosin Oladipupo

**<u>CRNAs:</u>**
Sharon Bangert
Michelle Barbee
Marci Baumann
Lindsay Beery
Anita Burton
Janet Butcher
Larry Davis
Tracy Dehority
Teresa Duncan
Della Harpstrite
Rachel Harris
Leonard Jenkins
Brian Jones
Sheena Jones
Lisa Kamm
Janie Kamper
Rick Landgrebe
Ann Lercher
Bob Ludwig
Karen Moody
Perry Rezinas
Randy Richards
Sharon Sekosky
Indra Tun
Valerie Vancil
Angie Vaughn
Matt Wolter

**Millikin University**
College of Professional Studies:  School of Nursing
**Curriculum for Master of Science in Nursing:  Nurse Anesthesia (Track 4)**
[The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program]
VERSION – 03-16-2011

| Nurse Anesthesia Courses | MSN Core Courses | Natural Science Courses | Credits |
|---|---|---|---|
| Taught by Nurse Anesthesia Faculty | Taught by MU Nursing Faculty | Taught by MU Natural Science Faculty | |
| **YEAR 1** | | | |
| **Spring** | | | |
| **NU 500:**  Roles and Responsibilities for Nurse Anesthesia – 3 cr. (12 weeks) | | **NU 509:**  Physical Science for Graduate Nurses -3 cr. (12 weeks) **NU 506:**  Anatomy for Nurse Anesthesia-3 cr. (12 weeks) | 9 |
| **Fall** | | | |
| | **NU 545:**  Advanced Pharmacology –3 cr. (16 weeks) **NU 560** Research Methods – (1st 8 weeks) -- 3 cr. **NU 505** Evidence-Based Practice - (2nd 8 weeks) -- 2 cr. **NU 569:**  Nursing Leadership 3 cr. (2nd 8 weeks) **NU 590:**  Advanced Nursing Project – 1 cr | **NU 511:**  Physiology for Nurse Anesthesia – 3 cr. (16 weeks) | 15 |
| **YEAR 2** | | | |
| **Spring** | | | |
| **NU 508:**  Basic Principles of Nurse Anesthesia – 2 cr. **NU 507:**  Pharmacology for Nurse Anesthesia – 3 cr.  **NU 516:**  Advanced Principles of Nurse Anesthesia I - 2 cr. **NU 518:**  Advanced Principles of Nurse Anesthesia II – 2 cr. **NU 520:**  Nurse Anesthesia Clinical Practicum I  – 4 cr. **NU 521:**  Clinical Conference I - 0 cr. | **NU 542:**  Advanced Pathophysiology – 3 cr. (1st 8 weeks) **NU 544:**  Advanced Health Assessment – 3 cr.  (2nd 8 weeks) | | 19 |
| **Fall** | | | |
| **NU 523:**  Advanced Principles of Nurse Anesthesia  III – 2 cr. **NU 527:**  Nurse Anesthesia Clinical Practicum II  – 4 cr. **NU 528:**  Clinical Conference II – 0 cr. | **NU 515:**  Nursing & Theory – 1st 8 weeks – 3 cr. **NU 530:**  Health Policy – 2nd 8 weeks – 3 cr. **NU 590:**  Advanced Nursing Project – 1 cr | | 13 |
| **YEAR 3** | | | |
| **Spring** | | | |
| **NU 532:**  Nurse Anesthesia Clinical Practicum III (5 d/wk) – 5 cr. **NU 533:**  Clinical Conference III – 0 cr. **NU 536:**  Nurse Anesthesia Clinical Practicum IV (5 d/wk) – 5 cr. **NU 537:**  Clinical Conference IV – 0 cr. | | | 10 |
| **Fall** | | | |
| **NU 538:**  Nurse Anesthesia Clinical Practicum V (5 d/wk) – 5 cr. **NU 539:**  Clinical Conference V – 0 cr. | **NU 590:**  Advanced Nursing Project – 1 cr | | 6 |
| Credits =  37 | Credits = 26 | Credits =  9 | Total credits = 72 |

Version:  March 9, 2011

Approved:  MU School of Nursing (04/06/2010); MU College of Professional Studies (04/06/2010); DMH Curriculum Committee (04/13/2010); MU Council on Curriculum (04/19/2010)

Revisions:  MU SON 12/01/2010 [e-mail vote – minutes 12/08/2010]; DMH CC 12/01/2010; CPS 12/02/2010; MU CoC 12/15/2010
Placement revision only:  03-09-2010 -- MU SON MSNAC & CC          15

# RIGHTS AND RESPONSIBILITIES

## RIGHT AND RESPONSIBILITIES

### Patients

**The patient has the right to:**
1. know who is administering their anesthesia and who will be supervising the anesthesia administration. The RNAI should introduce himself or herself as a "Registered Nurse Anesthesia Intern" and identify who will be supervising them during the anesthetic case.
2. expect that those anesthesia services provided by interns will be under the supervision of a CRNA and/or an anesthesiologist. At all times a CRNA or anesthesiologist shall be immediately available in all areas where interns are providing anesthesia services.
3. expect that the intern and supervisory personnel providing their services are mentally competent and not impaired by fatigue, drugs, or other incapacitating conditions.
4. know that the patient's surgeon or physician and supervising CRNA and/or anesthesiologist shall be kept informed pertaining to the anesthetic management and any complications arising from that management.
5. privacy and confidentially in all aspects of their care, including communications and records.

**The patient has the responsibility to:**
1. provide adequate information about his or her health/medical history and post hospitalization  course.
2. follow as best he or she can, the instructions provided by the healthcare providers involved with  his or her care and question instructions not understood.

### Applicants

**Applicants have the right to:**
1. information provided shall be factual, fairly presented, timely, and contain detailed information pertaining to admission criteria and process; program content, graduation requirements, and intern rights and responsibilities.
2. fair and non-discriminating practices in the selection process
3. confidentiality

**Applicants have a responsibility to:**
1. provide accurate, truthful information.
2. complete their application and provide all application supporting documentation by the application deadline.
3. communicate to the program changes in contact information (address, email, phone).

## Alumni

**Graduates have the right to:**
1. access transcripts of their academic and clinical endeavors according to the record policy.
2. upon their request have verified copies of their transcripts furnished to any institutions specified by the student or graduate.
3. expect that a complete and accurate transcript and application of the intern's educational experiences be forwarded to the Council on Certification of Nurse Anesthetists (CCNA) upon graduation. It is the graduates' responsibility to ensure that all guidelines and deadlines in the Candidate Handbook of the CCNA are followed. The graduate is responsible to make arrangements to take the Certification Examination at a site and within the time frame designated by the CCNA.

**Graduates have the responsibility to:**
1. provide to the nurse anesthesia program, signed written release of information when requesting information from their intern files be furnished to institutions, agencies, employers, or other entities.
2. notify the nurse anesthesia program of their place of employment one year post graduation to allow the mailing of an Employers Evaluation of the graduate's preparedness for practice.
3. submit the completed Graduate Survey one year post-graduation to the nurse anesthesia program.
4. participate in continuing education activities and function according to the appropriate legal requirements within the state they are employed.

## Faculty

**Faculty members of the program have the right to:**
1. be treated in a respectful manner by interns and program administration.
2. be provided the support they need to conduct the activities of programmatic committee work, clinical and didactic instruction, and faculty development.
3. expect interns to be prepared as much as possible for any given lecture, clinical case, or assignment.
4. remove an intern from the classroom or clinical area if the integrity of the class/clinical case or the safety of the patient may be compromised.
5. expect that interns will have self-motivation and seek learning opportunities to develop the necessary skills, knowledge, and professional behaviors necessary to be successful in completion of the program.

**Faculty members of the program have the responsibility to:**
1. be active in and supportive of program committee assignments.
2. be available at reasonable times for intern questions.
3. make appropriate preparation for class (lectures) and other meetings
4. base all evaluations, academic and clinical, upon their professional judgements and

17

5. not consider, in either academic or clinical evaluations, factors such as race, color, religion, gender, age, national origin, handicap, political affiliation, lifestyle, etc.
6. respect the confidentiality of intern information contained in the intern's record. Faculty may release such information in connection with any intra-program business, including releasing information to clinical preceptors and affiliation faculty without intern consent, or as may be required by law.
7. not exploit professional relationships with interns for private advantage and refrain from soliciting intern assistance for private purposes in a manner which infringes upon the intern's freedom of choice.
8. give appropriate recognition to contributions made by interns
9. refrain from any activity which involves risk to the health and safety of the intern, except with the interns' informed consent, and where applicable, in accordance with the DMH IRB's use of human subjects in experimentation approval.
10. respect the dignity of each intern individually and all interns collectively in areas of educational endeavors.
11. provide appropriate supervision and direction based on an intern's clinical expertise.
12. assist with remediation of interns or disciplinary actions of interns as needed.
13. maintain intern confidentiality in all forms of communication related to the clinical or didactic performance of an intern.
14. serve in the capacity of advisor with specific intern assignments.

## Conducting Institutions

**The program (its entities: DMH and Millikin University) and affiliated clinical sites have the right to expect that:**

1. the nurse anesthesia faculty operate the program in accordance with the applicable standards, policies, and procedures of the accrediting agencies, university, hospital, affiliate clinical sites, and the program.
2. accurate and comprehensive records will be maintained
3. the program will submit annual reports to the accrediting agency (COA) and other submissions as required
4. the program represents itself with integrity and honesty in all communications
5. it will be kept informed of program changes, accrediting agency evaluations and standards, and trends affecting nurse anesthesia education.
6. Intern will be aware of and follow departmental and institutional policies related to patient care and all other matters addressed in relevant policies
7. Interns will communicate with clinical instructors relative to their abilities to perform procedures and apply knowledge in their clinical internships.
8. Interns will arrive prepared for classes, seminars, conferences, clinical internship, and other educational experiences.

**The program (and its entities: DMH and Millikin University) and affiliated clinical sites have the responsibility:**

1. to provide clinical and didactic instruction and evaluations.
2. to coordinate and carry out application and admission procedures.
3. to provide classroom and laboratory space as needed for didactic lectures/courses.
4. to provide academic and clinical counseling to the interns as needed.
5. to coordinate advertising and public relation efforts.
6. to provide orientation to the clinical area.
7. to provide support for clinical research.
8. to provide resources needed for effective operation of an educational program of high quality.
9. to continually evaluate the program to ensure that it meets student needs and graduates attain desired outcomes.
10. to conduct the program in compliance with all legal and accreditation standards.
11. to be accountable to the public
12. to uphold the reputation of the NAP and its entities

<u>Council on Accreditation</u>

**The COA has the right to:**
1. conduct periodic announced and unannounced site reviews to assess compliance to published standards.
2. expect the program's assistance in the conduction of an accurate evaluation by providing accurate and truthful statements and supportive documentation as required.
3. require the program to follow all policies and procedures published by the COA.

**The COA has the responsibility to:**
1. publish any and all applicable standards necessary for accreditation and successful re-accreditation, and to evaluate programs in their ability to meet the published standards.
2. identify areas of noncompliance and to inform the program accordingly.
3. assist the program in attempts to comply with COA requests.

<u>RNAI</u>

**<u>RNAIs' have the right to:</u>**
1. freedom to pursue their educational goals. A highly specialized, graduate curriculum instilled with professionalism, progressive didactic instruction, and supervised clinical experiences is provided.
2. fair and accurate evaluations of their progress in the educational program and to be kept informed of the status of that progress.
3. access to transcripts and their clinical achievements and upon their written request have verified copies furnished to institutions, agencies, other programs of nurse anesthesia, or others specified by the intern. In the event the intern transfers to another program, written request for information to be sent to the institution is required by the intern.

19

5.  inspect and review their official records and to request nondisclosure of certain information. The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program abides by the requirements of the Family Educational Rights and Privacy Act. Intern files are <u>NOT</u> to leave the nurse anesthesia school office.

6.  not be exploited relative to time commitment or pay for profit of the conducting institution or corporation.

7.  Confidentiality regarding exam grades, clinical experiences, and status in the program.

8.  The right to privately confer with faculty concerning a personal grievance and follow the due process procedure of the program if the outcome of that meeting is not satisfactory.

**RNAIs' have the responsibility and will be held accountable for:**

1.  the quality of preparation, completion, and performance of didactic and clinical assignments.

2.  complying with the policies and regulations pertaining to the Millikin University and the NAP.

3.  fulfilling all responsibilities connected with the program defined at time of enrollment in the program, or made a part of the educational contract during the period of enrollment .

4.  and must demonstrate high professional standards and values in the classroom, clinical agencies, and the community.

5.  The ethical and legal responsibilities for repayment of student loans from any source, public, or private.

6.  To represent the NAP and its entities in a professional and positive manner through all interactions.

## AANA Code of Ethics

**Preamble**

Certified Registered Nurse Anesthetists practice nursing by providing anesthesia and anesthesia related services. They accept the responsibility conferred upon them by the state, the profession, and society. The American Association of Nurse Anesthetists has adopted this Code of Ethics to guide its members in fulfilling their obligation as professionals. Each member of the American Association of Nurse Anesthetists has a personal responsibility to uphold and adhere to these ethical standards.

## 1 Responsibility to Patients

Certified Registered Nurse Anesthetists (CRNAs) preserve human dignity, respect the moral and legal rights of health consumers, and support the safety and well being of the patient under their care.

1.1   The CRNA renders quality anesthesia care regardless of the patient's race, religion, age, sex, nationality, disability, social or economic status.

1.2   The CRNA protects the patient from harm and is an advocate for the patient's welfare.

1.3   The CRNA verifies that a valid anesthesia informed consent has been obtained from the patient or legal guardian as required by federal or state laws or institutional policy prior to rendering a service.

1.4   The CRNA avoids conflicts between his or her personal integrity and the patient's rights. In situations where the CRNA's personal convictions prohibit participation in a particular procedure, the CRNA refuses to participate or withdraws from the case provided that such refusal or withdrawal does not harm the patient or constitute a breach of duty.

1.5   The CRNA takes appropriate action to protect patients from healthcare providers who are incompetent, impaired, or engage in illegal or unethical practice.

1.6   The CRNA maintains confidentiality of patient information except in those rare events where accepted nursing practice demands otherwise.

1.7   The CRNA does not knowingly engage in deception in any form.

1.8   The CRNA does not exploit nor abuse his or her relationship of trust and confidence with the patient or the patient's dependence on the CRNA.

21

**2 Competence**
The scope of practice engaged in by the Certified Registered Nurse Anesthetist is within the individual competence of the CRNA. Each CRNA has the responsibility to maintain competency in practice.

2.1     The CRNA engages in lifelong, professional educational activities.

2.2     The CRNA participates in continuous quality improvement activities.

2.3     The practicing CRNA maintains his or her state license as a Registered Nurse, meets advanced practice state statutory or regulatory requirements, if any, and maintains recertification as a CRNA.

**3 Responsibilities as a Professional**
Certified Registered Nurse Anesthetists are responsible and accountable for the services they render and the actions they take.

3.1     The CRNA, as an independently licensed professional, is responsible and accountable for judgments made and actions taken in his or her professional practice. Neither physician orders nor institutional policies relieve the CRNA of responsibility for his or her judgments made or actions taken.

3.2     The CRNA practices in accordance with the professional practice standards established by the profession.

3.3     The CRNA participates in activities that contribute to the ongoing development of the profession and its body of knowledge.

3.4     The CRNA is responsible and accountable for his or her conduct in maintaining the dignity and integrity of the profession.

3.5     The CRNA collaborates and cooperates with other healthcare providers involved in a patient's care.

3.6     The CRNA respects the expertise and responsibility of all healthcare providers involved in providing services to patients.

3.7     The CRNA is responsible and accountable for his or her actions, including self-awareness and assessment of fitness for duty.

**4 Responsibility to Society**

4.1.    Certified Registered Nurse Anesthetists work in collaboration with the healthcare community of interest to promote highly competent, safe, quality patient care.

22

4.2     Certified Registered Nurse Anesthetists collaborate with members of the health professions and other citizens in promoting community and national efforts to meet the health needs of the public.

## 5 Endorsement of Products and Services

Certified Registered Nurse Anesthetists endorse products and services only when personally satisfied with the product's or service's safety, effectiveness and quality. CRNAs do not state that the AANA has endorsed any product or service unless the Board of Directors of the American Association of Nurse Anesthetists has done so.

5.1     Any endorsement is truthful and based on factual evidence of efficacy.

5.2     A CRNA does not exploit his or her professional title and credentials for products or services which are unrelated to his or her professional practice or expertise.

## 6 Research

Certified Registered Nurse Anesthetists protect the integrity of the research process and the reporting and publication of findings.

6.1     The CRNA evaluates research findings and incorporates them into practice as appropriate.

6.2     The CRNA conducts research projects according to accepted ethical research and reporting standards established by public law, institutional procedures, and the health professions.

6.3     The CRNA protects the rights and well being of people and animals that serve as subjects in research.

6.4     The CRNA participates in research activities to improve practice, education, and public policy relative to health needs of diverse populations, the health workforce, the organization and administration of health systems, and healthcare delivery.

## 7 Business Practices

Certified Registered Nurse Anesthetists, regardless of practice arrangements or practice settings, maintain ethical business practices in dealing with patients, colleagues, institutions, and corporations.

7.1     The contractual obligations of a CRNA are consistent with the professional standards of practice and the laws and regulations pertaining to nurse anesthesia practice.

7.2     The CRNA will not participate in deceptive or fraudulent business practices.

*©1986, 1992, 1997, 2001, 2005, American Association of Nurse Anesthetists*

23

**Scope and Standards for Nurse Anesthesia Practice**

*The AANA Scope and Standards for Nurse Anesthesia Practice offer guidance for Certified Registered Nurse Anesthetists (CRNAs) and healthcare institutions regarding the scope of nurse anesthesia practice. The scope of practice of the Certified Registered Nurse Anesthetist addresses the responsibilities associated with anesthesia practice and is performed in collaboration with other qualified healthcare providers. Collaboration is a process, which involves two or more parties working together, each contributing his or her respective area of expertise. CRNAs are responsible for the quality of services they render.*

**Scope of Practice**

The practice of anesthesia is a recognized specialty in both nursing and medicine. Anesthesiology is the art and science of rendering a patient insensible to pain by the administration of anesthetic agents and related drugs and procedures. Anesthesia and anesthesia-related care represents those services which anesthesia professionals provide upon request, assignment, and referral by the patient's physician or other healthcare provider authorized by law, most often to facilitate diagnostic, therapeutic and surgical procedures. In other instances, the referral or request for consultation or assistance may be for management of pain associated with obstetrical labor and delivery, management of acute and chronic ventilatory problems, or the management of acute and chronic pain through the performance of selected diagnostic and therapeutic blocks or other forms of pain management. CRNAs practice according to their expertise, state statutes and regulations, and institutional policy.

**CRNA scope of practice includes, but is not limited to the following:**

1. Performing and documenting a pre-anesthetic assessment and evaluation of the patient, including requesting consultations and diagnostic studies; selecting, obtaining, ordering, and administering pre-anesthetic medications and fluids; and obtaining informed consent for anesthesia.

2. Developing and implementing an anesthetic plan.

3. Initiating the anesthetic technique, which may include: general, regional, local, and sedation.

4. Selecting, applying, and inserting appropriate non-invasive and invasive monitoring modalities for continuous evaluation of the patient's physical status.

5. Selecting, obtaining, and administering the anesthetics, adjuvant and accessory drugs, and fluids necessary to manage the anesthetic.

6. Managing a patient's airway and pulmonary status using current practice modalities.

7. Facilitating emergence and recovery from anesthesia by selecting, obtaining, ordering and administering medications, fluids, and ventilatory support.

8. Discharging the patient from a post-anesthesia care area and providing post-anesthesia follow-up evaluation and care.

24

9.    Implementing acute and chronic pain management modalities.

10.   Responding to emergency situations by providing airway management, administration of emergency fluids and drugs, and using basic or advanced cardiac life support techniques.

**Additional nurse anesthesia responsibilities which are within the expertise of the individual CRNA include:**

1.    Administration/management: scheduling, material and supply management, supervision of staff, students or ancillary personnel, development of policies and procedures, fiscal management, performance evaluations, preventative maintenance, billing and data management.

2.    Quality assessment: data collection, reporting mechanism, trending, compliance, committee meetings, departmental review, problem focused studies, problem solving, interventions, documents and process oversight.

3.    Educational: clinical and didactic teaching, BCLS/ ACLS instruction, inservice commitment, EMT training, supervision of residents, and facility continuing education.

4.    Research: conducting and participating in departmental, hospital-wide, and university-sponsored research projects.

5.    Committee appointments: assignment to committees, committee responsibilities, and coordination of committee activities.

6.    Interdepartmental liaison: interface with other departments such as nursing, surgery, obstetrics, post-anesthesia care units (PACU), outpatient surgery, admissions, administration, laboratory, pharmacy, etc.

7.    Clinical/administrative oversight of other departments: respiratory therapy, PACU, operating room, surgical intensive care unit (SICU), pain clinics, etc.

The functions listed above are a summary of CRNA clinical practice and are not intended to be all-inclusive. A more specific list of CRNA functions and practice parameters is detailed in the *AANA Guidelines for Clinical Privileges*.

**CRNA's strive for professional excellence by demonstrating competence and commitment to the clinical, educational, consultative, research, and administrative practice in the specialty of anesthesia. CRNAs should actively participate in the development of departmental policies and guidelines, performance appraisals, peer reviews, clinical and administrative conferences, and serve on healthcare facility committees. In addition to these activities, CRNAs should assume a leadership role in the evaluation of the quality of anesthesia care provided throughout the facility and the community.**

25

**The scope of practice of the CRNA is also the scope of practice of nurse anesthetists who have graduated within the past 24 months from a nurse anesthesia educational program, accredited by the Council on Accreditation of Nurse Anesthesia Educational Programs, but have not yet passed their initial certification examination. Students enrolled in nurse anesthesia educational programs accredited by the Council on Accreditation of Nurse Anesthesia Educational Programs practice pursuant to the Council's Standards and Guidelines.**

## AANA Standards for Nurse Anesthesia Practice

**Introduction**
These standards are intended to:

1.    Assist the profession in evaluating the quality of care provided by its practitioners.

2.    Provide a common base for practitioners to use in their development of a quality practice.

3.    Assist the public in understanding what to expect from the practitioner.

4.    Support and preserve the basic rights of the patient.

These standards apply to all anesthetizing locations. While the standards are intended to encourage high quality patient care, they cannot assure specific outcomes.

**Standard I**
Perform a thorough and complete preanesthesia assessment.

*Interpretation*
The responsibility for the care of the patient begins with the pre-anesthetic assessment. Except in emergency situations, the CRNA has an obligation to complete a thorough evaluation and determine that relevant tests have been obtained and reviewed.

**Standard II**
Obtain informed consent for the planned anesthetic intervention from the patient or legal guardian.

*Interpretation*
The CRNA shall obtain or verify that an informed consent has been obtained by a qualified provider. Discuss anesthetic options and risks with the patient and/or legal guardian in language the patient and/or legal guardian can understand. Document in the patient's medical record that informed consent was obtained.

**Standard III**
Formulate a patient-specific plan for anesthesia care.

*Interpretation*
The plan of care developed by the CRNA is based upon comprehensive patient assessment, problem analysis, anticipated surgical or therapeutic procedure, patient and surgeon preferences, and current anesthesia principles.

**Standard IV**
Implement and adjust the anesthesia care plan based on the patient's physiological response.

27

*Interpretation*

The CRNA shall induce and maintain anesthesia at required levels. The CRNA shall continuously assess the patient's response to the anesthetic and/or surgical intervention and intervene as required to maintain the patient in a satisfactory physiologic condition.

**Standard V \***

Monitor the patient's physiologic condition as appropriate for the type of anesthesia and specific patient needs.

A.  Monitor ventilation continuously. Verify intubation of the trachea by auscultation, chest excursion, and confirmation of carbon dioxide in the expired gas. Continuously monitor end-tidal carbon dioxide during controlled or assisted ventilation. Use spirometry and ventilatory pressure monitors as indicated.

B.  Monitor oxygenation continuously by clinical observation, pulse oximetry, and if indicated, arterial blood gas analysis.

C.  Monitor cardiovascular status continuously via electrocardiogram and heart sounds. Record blood pressure and heart rate at least every five minutes.

D.  Monitor body temperature continuously on all pediatric patients receiving general anesthesia and when indicated, on all other patients.

E.  Monitor neuromuscular function and status when neuromuscular blocking agents are administered.

F.  Monitor and assess the patient positioning and protective measures except for those aspects that are performed exclusively by one or more other providers.

*Interpretation*

Continuous clinical observation and vigilance are the basis of safe anesthesia care. The standard applies to all patients receiving anesthesia care and may be exceeded at any time at the discretion of the CRNA. Unless otherwise stipulated in the standards a means to monitor and evaluate the patient's status shall be immediately available for all patients. When any physiologic monitoring device is utilized, variable pitch and low-threshold alarms should be turned on and audible in most circumstances. The omission of any monitoring standards shall be documented and the reason stated on the patient's anesthesia record. As new patient safety technologies evolve, integration into the current anesthesia practice shall be considered. The CRNA shall be in constant attendance of the patient until the responsibility for care has been accepted by another qualified healthcare provider.

**Standard Vl**

There shall be complete, accurate, and timely documentation of pertinent information on the patient's medical record.

28

*Interpretation*
Document all anesthetic interventions and patient responses. Accurate documentation facilitates comprehensive patient care, provides information for retrospective review and research data, and establishes a medical-legal record.

**Standard Vll**
Transfer the responsibility for care of the patient to other qualified providers in a manner which assures continuity of care and patient safety.

*Interpretation*
The CRNA shall assess the patient's status and determine when it is safe to transfer the responsibility of care to other qualified providers. The CRNA shall accurately report the patient's condition and all essential information to the provider assuming responsibility for the patient.

**Standard Vlll**
Adhere to appropriate safety precautions, as established within the institution, to minimize the risks of fire, explosion, electrical shock and equipment malfunction. Document on the patient's medical record that the anesthesia machine and equipment were checked.

*Interpretation*
Prior to use, the CRNA shall inspect the anesthesia machine and monitors according to established guidelines. The CRNA shall check the readiness, availability, cleanliness, and working condition of all equipment to be utilized in the administration of the anesthesia care. When the patient is ventilated by an automatic mechanical ventilator, monitor the integrity of the breathing system with a device capable of detecting a disconnection by emitting an audible alarm. Monitor oxygen concentration continuously with an oxygen analyzer with a low concentration audible alarm turned on and in use.

**Standard IX**
Precautions shall be taken to minimize the risk of infection to the patient, the CRNA, and other healthcare providers.

*Interpretation*
Written policies and procedures in infection control shall be developed for personnel and equipment.

**Standard X**
Anesthesia care shall be assessed to assure its quality and contribution to positive patient outcomes.

*Interpretation*
The CRNA shall participate in the ongoing review and evaluation of the quality and appropriateness of anesthesia care. Evaluation shall be performed based upon appropriate outcome criteria and reviewed on an ongoing basis. The CRNA shall participate in a continual process of self evaluation and strive to incorporate new techniques and knowledge into practice.

**Standard XI**
The CRNA shall respect and maintain the basic rights of patients.

*Interpretation*
The CRNA shall support and preserve the rights of patients to personal dignity and ethical norms of practice.

The "Standards for Nurse Anesthesia Practice" were adopted in 1974 and subsequently revised in 1981, 1989, 1992, 1996, 2002 and 2005. In 1983, the "Standards for Nurse Anesthesia Practice" and the "Scope of Practice" statement were included together in the *American Association of Nurse Anesthetists Guidelines for the Practice of the Certified Registered Nurse Anesthetist* document. That document subsequently has had the following name changes: *Guidelines for Nurse Anesthesia Practice* (1989); *Guidelines and Standards for Nurse Anesthesia Practice* (1992); and *Scope and Standards for Nurse Anesthesia Practice* (1996). In addition, the "Scope of Practice" statement was first published in 1980 as one part of the *American Association of Nurse Anesthetists Guidelines for the Practice of the Certified Registered Nurse Anesthetist* document.

30

**GENERAL POLICIES**

**AANA Associate Membership:**

All Interns are required to join the American Association of Nurse Anesthetists of Nurse Anesthetists (AANA) within 30 days of beginning classes.  The cost of the membership is the responsibility of the Intern.  The current fee is $100.00 and subject to change.  Benefits of the membership include:

1.        Subscription to AANA Journal.
2.        Subscription to AANA News Bulletin.
3.        Reduced enrollment fees at national and state meetings.
4.        Opportunities to network with other student anesthetists, CRNAs, and health service industry personnel

**Ancillary Clinical Experiences**

During the initial months of clinical experiences at Decatur Memorial Hospital, each RNAI will rotate to participate in ancillary clinical experiences. These areas include: Pre-op Same Day Surgery (SDS), Pre-op Hospital (POH), Post-Anesthesia Care Unit (PACU), and Post-op SDS. Outpatient Care Center learning outcomes are provided in the Pre and Postoperative Anesthesia Rounds Policy. During clinical assignments at DMH, RNAIs will rotate the OB clinical assignment. Specific learning outcomes are:

SDS
1.        Prepare the outpatient surgical patient appropriately for surgery
2.        Start I.V.s (#100 are required)
3.        Perform pre-anesthetic evaluations
4.        Become familiar with pre-anesthesia standing orders
5.        Become aware of the location of physician standing orders
6.        Become proficient at assembling blood warming apparatus.

POH
1.        Same objectives as SDS only for the hospitalized patient
2.        Locate and assemble equipment for central lines (arterial lines, PA cath)
3.        Assist with the placement of central lines
4.        Locate and assist with the placement of epidural catheters.
5.        Assist with administration and monitoring of peripheral nerve blocks

PACU
1.        Become familiar with the handoff procedure of the surgical patient being admitted to the PACU.
2.        Perform head-to-toe assessment of the PACU patient hourly
3.        Become familiar with the various monitors utilized in the DMH PACU.
4.        Evaluate vital signs every 5 minutes and document vital signs every 10 minutes while the patient is in the PACU.
5.        Examine the surgeon/anesthesiologist's post-operative orders and assist in their implementation

31

6.      Become knowledgeable in the discharge criteria for the PACU patient
7.      Participate in the discharge process for the patient being discharged from PACU
8.      Review the anesthesia record of the PACU patient to develop an understanding of the documentation, anesthesia provided, and the patient response.
9.      Assist in the management of post-op acute pain control.

Post-Op Same Day Surgery (Phase 2)
1.      Become familiar with the admission process of the surgical patient to Phase 2
2.      Follow the care guidelines appropriate for the Phase 2 patient.
3.      Become familiar with the discharge criteria and participate in the discharge of Phase 2 patients.
4.      Assist with the implementation of post-op orders of the surgeon
5.      Assist in the management of post-op acute pain control.

OB Daily Clinical Outcomes

1.      The RNAI will accurately assess and assign the correct ASA classification to the laboring or C-section patient.
2.      The RNAI will review the Obstetric prescribed medication.
3.      The RNAI will formulate a care plan for the C-Section patient and present the physiologic changes that occur with pregnancy.
4.      The RNAI will assist and/or administer the epidural or SAB for the laboring patient or C- section patient.
5.      The RNAI will actively participate in the induction, maintenance, and emergence for the Stat C-section.
6.      The RNAI will transition the care of the patient to the Post Anesthesia Care nurse and utilize an appropriate patient report.
7.      The RNAI will review the patient postoperatively and assess pain control.

**Awards**
Traditionally, five (5) monetary awards are presented.
1.      The Carolyn Maroney Memorial Scholarship is awarded to a Junior Intern chosen by the faculty who is in good standing and exemplifies enthusiasm, professionalism and attitude.
2.      The Robert F. Waldvogel, M.D. Student Excellence and Clinical Mastery Award is presented to the Intern, chosen by faculty and staff, who demonstrates enthusiasm toward the mastery of anesthesia, seeks knowledge and shows genuine concern for others.
3.      The Award of Excellence, sponsored by the Macon County Medical Society Alliance, is given to the Intern with the best grade point average.  In the event two or more interns have the same GPA; the intern with the initial highest SEE exam score will be presented this award.
4.      The Ethel Lebkuecher Award is given to the Intern who is recognized by the faculty as the most outstanding clinician.
5.      The Betty Horton Leadership Award is presented to the Intern, chosen by the faculty, who exemplifies initiative, scholarship, interpersonal relationships, and enthusiasm toward the profession of nurse anesthesia.

32

**Clinical Case Record Documentation**
Interns are responsible and accountable for accurately recording clinical case records.
1.  RNAIs will record their clinical experiences and daily time commitment online at
    http://www.typhongroup.net/dmhhs/
    2.   Clinical case experiences are to be recorded beginning with the first clinical practicum
    course and concluding with the fifth and final clinical practicum course
3.  Because of the importance of this record of clinical experience, you are required to submit an
    update of your record weekly on the scheduled class day. Late submissions will result in an
    unmet for each day past the due date.

**Communication with the Program**
RNAIs are required to provide a mechanism for regular and effective communication with the
nurse anesthesia program.
1.  RNAIs must provide and maintain a current mailing address, home phone number, and
    emergency contact information to the school office.
2.  RNAIs are required to use and regularly review their Millikin e-mail and other electronic
    communication sources,  and are responsible for staying current with SON electronic
    communication methods.
3.  Mailboxes are provided by the School and are located in the School offices. RNAIs are
    accountable for distributed information and responsible for checking their mailboxes on a
    regular basis.
4.  The School will provide interns the contact information for the School and clinical
    affiliation sites/ coordinators.
5.  Paging
    The call Intern is expected to carry pagers (200 pager and individual pager) at all times
    while in the hospital.  The pager number is the same for both the CRNA and the Intern;
    thus, both receive the call messages simultaneously.  Both instructor and Intern(s) are to
    respond to all calls unless, during a conference at the beginning of the call date, the CRNA
    and RNAI have agreed to do otherwise.

**The following directions apply when using the pager by telephone:**
MDs:          6666-0800 (Voice pager)

              After dialing "6666", wait for the electronic voice say, "please dial the ID
              number", which is 0800.  Then speak a short message.

CRNAs:        6666-0200 (Digital pager)

              Put in the number of your location so the CRNA can call back.

For a "Code Blue", the operator will be able to type a message on these pagers.  The message will
say the location of the code and all the designated pagers are programmed to be paged at the same
time.

33

Each pager can be paged through the DMH phone system, but by numbers only.  Use the 6666 and the pager number and listen for the voice prompts, then punch in your callback number.

ONLY ON #0200 PAGERS:  The numeric code for "Code Blue" if shown on the pager is 222.  If our system goes down and the operators need to page over the phone system – they will put the numbers 222 on the pagers.  You must then listen to the overhead verbal paging system for the location.  888 is for Code Red.  999 is for Code Ready Alert and Code Major and 444 for Trauma Alert.

On the pagers – green is for go.  From the green button you will power the pager on and read your messages.

**PAGER GUIDELINES:**

a.    When paged – if you do not respond – time will be taken out of your allowable time off.
b.    You are responsible for repairs/replacements to your personal pager.
c.    Upon leaving the NAP, you must return the pager to the program.
d.    The pager does not replace open communication.  Be sure to check in with the Clinical Coordinator frequently during the shift.
e.    Be sure to keep the pager on when you are scheduled in clinical.  Replacement batteries are available in the anesthesia school office.
f.    The cell phone numbers of the Anesthesiologists will be provided to the Interns. These cell phones are utilized when the anesthesiologists are working within the hospital and provide rapid access to the appropriate physician.

**Examinations**
1.    <u>National Certification Examination</u>:
      Interns who complete the graduation requirements are eligible to apply for certification by the Council on Certification.  The CRNA Director and Administrative Coordinator are available to assist individuals in this process.  After approval by the Council, the graduate anesthetist is permitted to take the national exam given by the Council.  If this exam is passed, he/she is certified as a registered nurse anesthetist (CRNA).  The examination fee is the responsibility of the student and must paid the application/transcript package. The NCE is a computer adaptive program. Extensive studying is required before and after graduation for successful completion of the examination

2.    <u>SEE Exam</u>:
      All anesthesia Interns are required to take the Self-Evaluation Examination (SEE) offered by the Council on Certification of Nurse Anesthetists (CCNA) of the American Associatin of Nurse Anesthetists (AANA).  The SEE provides information to interns regarding their progress in the nurse anesthesia program, prepares interns for their certification exam, and provides information to program directors as to how well their programs are preparing interns in the knowledge and skills required for anesthesia practice.  Senior Interns will take the SEE once.  The results of the SEE are discussed with the Intern and a learning plan is established to assist the Intern prepare for the NCE. The SEE is offered at Pearson VUE Testing Centers.                 34

The cost of the exam is the responsibility of the Intern.  Arrangements for the exam are scheduled by the Intern through the testing center and the administrative coordinator is to be notified of the scheduled date and time.  The following guidelines will be utilized for scheduling the SEE:

1.  Four hours will be allocated to the Intern for the SEE exam.  This four hours is not deducted from the Intern's allowable time off.
2.  It is preferable the SEE be scheduled in the afternoon of a clinical day with the Intern in clinical in the morning.
3.  If the SEE is scheduled in the morning, any time exceeding the four hours will be subtracted from the Intern's allowable time off.  Prior request and approval must be received.
4.  If the SEE is scheduled during 3-11 call shift, the Intern must arrange coverage by another intern and communicate the change to the scheduling coordinator
5.  The SEE may be scheduled on the Intern's own time at their convenience.

3.  <u>Examination Procedures</u>:
Testing is used as an evaluation of performance and progress.  Methods of examination may include oral or written quizzes, examinationss, mid-term and/or final examinationss, and daily  clinical evaluations.

1.  Interns are expected to write exams on the exact dates scheduled by the individual instructors.  Interns are expected to write the exams even though they have been previously scheduled to be "off" or scheduled for clinical learning shifts other than that of 6:45 a.m. to 3:15 p.m.  **Only under special circumstances and with prior approval of  the Program Director or Assistant CRNA Program Director, are Interns allowed to write the exams other than the original scheduled date and time.**
3.  Policy for challenging test questions:
Interns requesting grade adjustments must provide appropriate documentation supporting their answers.  Challenges may only be made up to one week following the date the graded test was returned to the Intern. Challenges must be submitted via email.

**Expectations of Interns**
Interns are required to abide by the established hospital policies and procedures of Decatur Memorial Hospital and all affiliate hospitals.  Policies and procedures of Decatur Memorial Hospital (DMH) and policies and procedures of the Department of Anesthesia of DMH, are located on the DMH Intranet.  Also available on the Intranet are the MSDS Manual and Safety/Management Plans.

**Financial Considerations**
A.  National Certification Examination (NCE) and Self-Evaluation (SEE) Fee:
The cost of the National Certification Examination must be paid by the Intern prior to graduation. The current fee to apply for the NCE is $ 725.00.  The cost of the Self-Evaluation Examination is the responsibility of the Intern. The current fee is $120.00.

35

B.  Supply Fees:  stethoscope earpiece, tubing, connectors, etc; nerve stimulator, fax & copying Fee:

A one time fee is assessed for equipment upon beginning the first clinical practicum.  This fee includes copying various materials as well as fax..  As noted in the Record Retention Policy, this fee does not include copying of the intern file.

C.  Health Insurance:

The opportunity to purchase health insurance at the group rate (which is less than purchasing the same coverage on an individual basis) is available to Interns of the Nurse Administered Anesthesia Internship.

D.  Physical Examination:

A pre-entrance physical is required prior to clinical experiences at the DMH campus; the expense of the physical examination and immunizations are the responsibility of the Intern.

E.  Housing and Transportation:

Interns are responsible for their own housing and transportation.

F.  ExamSoft Fees:

ExamSoft is utilized for computerized testing throughout the NAP. Intern fee is approximately $45 annually.  In the event an Intern withdraws from the NAP, this fee is nonrefundable.

G.  Lab Fees:

A nominal lab fee may be assessed to cover the expenses incurred during specific simulator lab experiences.

**Journal Club/Case Conferences**

Interns must participate in Journal Club and Clinical Case Conference requirements. A variety of learning experiences are utilized to meet this requirement, such as clinical case offerings, journal club offerings, lecture series at professional meetings or clinical sites, and anesthesiology departmental morbidity and mortality conferences.  Journal club/case conferences are documented in Typhon in the clinical correlation section.

**Insurance**

Interns are covered under the hospital's liability insurance program at no expense to the Intern. Referred to the *Clinical Occurrence Policy*. Interns are required to maintain personal health insurance and may purchase health insurance at employee cost through DMH if desired. Injury occurrence requires notification to the school offices as soon as possible. Interns are financial liable for injuries occurring during the course of study.

**Library Access**
Dr. Dean Stanley, M.D. Library:
> In addition to access to the Staley Library on the Millikin University campus, Interns have access to the Dr. Dean Stanley, M.D. Library is utilized primarily by physicians on the Medical Staff and students of other schools, as well as hospital management.  Circulation of books and magazines is limited to the above mentioned groups.
>
> 1. Normal operating hours are 8:00 a.m. - 4:30 p.m., however, access is available 24 hours a day.
> 2. The hospital librarian is available for assistance during her scheduled hours.
> 3. Interns are expected to honor the Library rules governing book loans.  Interns violating these rules are subject to disciplinary measures as well as deferral of graduation.

**Nondiscrimination Statement**
The NAP adheres to the following policy found in both the *Millikin University Student Handbook* and the SON *Graduate Handbook:* .
> It is the policy of Millikin University to afford equal opportunity for all persons without distinction or discrimination based on race, ethnicity, socio-economic status, gender, disability, national origin, religion, sexual orientation, or age.

**Required Texts**

The following list contains all of the required anesthesia textbooks:

Basics of Anesthesia by Stoelting and Miller.  6th Edition
Pharmacology & Physiology in Anesthetic Practice by Stoelting.  4th Edition.
A Practical Approach to Cardiac Anesthesia by Hensley, Martin & Gravlee 4th Edition.
Clinical Anesthesiology 4th Edition by G.E. Morgan, M.S. Mikhail, & M.J. Murray.
Understanding Anesthesia Equipment 5th Edition, by Dorsch & Dorsch.
Clinical Anesthesia by Barash, Cullen & Stoelting, 6th Edition.
Nurse Anesthesia by Nagelhout & Plaus, 4th Edition.
A Professional Study and Resource Guide for the CRNA by S.D. Foster & M. Faut-Callahan, published by the AANA (2001).
Clinical Techniques of Regional Anesthesia Upper Extremity Blocks  by Charles A. Reese, published by AANA.
Clinical Techniques of Regional Anesthesia Spinal and Epidural Blocks by Charles A. Reese, published by AANA.
Pediatric Anesthesia by R.S. Litman.
Anesthesia & Co-Existing Disease 5th Edition by R.L. Hines & K.E. Marschall.
The 7 Habits of Highly Effective People by Covey.
Outliers:  The Story of Success by Gladwell.

**Parking:**
Restricted parking facilities are provided.  A hospital identification tag, when issued, should be displayed as requested.  Interns will park in employee designated areas as identified by security.  Parking areas are subject to change during construction periods. Failure to park in a designated parking lot will result in a parking ticket.  Disciplinary action may result for persistent failure to park in appropriate areas.

The respective assigned parking facilities are to be utilized at all times when reporting for learning assignments at DMH, unless the Intern is called in to the hospital at night.  Hospital security guards make rounds to insure the safety of all employees and students, which include RNAIs.  The hospital is not responsible for damage or theft of automobiles.Interns leaving the hospital after dark or arriving during the night should call the switchboard operator and request an escort by a security guard to and from the Intern's vehicle.

**Professional Meetings**
An important objective of the Nurse Anesthesia Program is to "instill in students a clear and functional understanding of the tenets of professionalism as they apply to personal behavior and a commitment to become involved in professionally related activities both in and outside the operating room" (AANA).
To encourage this professional growth, Interns are required to attend a minimum of <u>one</u> professional meeting of their choice anytime during the NAP.  Meetings are <u>not</u> limited to the State of Illinois.  Submit a copy of the certificate of attendance or a copy of the syllabus to the anesthesia office for your file.  The Intern will attend the professional meeting at their own expense and time.

**Simulation and Workshops**
A variety of workshops and simulations are utilized to augment the Intern's learning experiences.  Attendance to scheduled workshops and simulations is mandatory. The SimMan human simulator is utilized by the program. Specific instructions for use and care will be provided to the Intern.  Failure to appropriately care for equipment, including the simulator, which leads to damage or destruction may warrant immediate discipline measures including dismissal.

**Study Areas**
The Dr. Dean Stanley, M.D. Library, Classrooms D & E, and the anesthesia lounge are the designated areas for study, updating records, etc.  The CRNA faculty office is not a study area for Interns; the secretaries and CRNA faculty need free access to this office space.

**Use of Telephones/Computers:**
1.      A telephone is available to Interns in the nurse anesthesia lounge or school office.  This phone is to be used to for school business only.  Interns are not to use any of the office phones for personal phone calls unless in an emergency; public telephones are located on the first floor by the Emergency Care Entrance and Barnes Lobby on the second floor (lobby) for this use.
2.      A fax machine, available for student use, is located in the anesthesia program office.  Interns are to seek permission from the administrative coordinator before using the fax machine.

38

3.    Computers are located in the anesthesia lounge and the anesthesia program office and are accessible to Interns.  Various computer programs are available to augment the Interns' clinical learning.  Some computer programs are required to be checked out by the administrative coordinator.

4.    All computer information brought from the Intern's home MUST be checked by the anesthesia school office before each use at DMH to protect the hospital's computers from computer viruses, etc.  Failure to have information transportation devices checked for virus or misuse of hospital computers will result in disciplinary action up to and including dismissal.

**POLICIES**

## Accreditation Policy

I.       Policy:  The Millikin University and  Decatur Memorial Hospital Nurse Anesthesia Program will maintain current accreditation status with the appropriate accrediting agencies and will accurately publish its' accreditation status in all advertising statements, publications, and catalogs.

II.      Purpose:  The purpose of a policy on accreditation is to assure that accreditation is maintained and accurately reflected by The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program.

III.    Procedure:
  A.      The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program will voluntarily participate in:
   1.      The accreditation process as outlined by the Council on Accreditation of Nurse Anesthesia Educational Programs (COA).
   2.      The accreditation process as outlined by the Commission of Collegiate Nursing Education (CCNE) .
   3.      The accrediting process as outlined by accrediting bodies of Decatur Memorial Hospital and as applicable, the nurse anesthesia program clinical affiliates.
  B.      The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program will accurately reflect the accreditation status in all advertising statements.
  C.      RNAIs are actively involved in the accreditation process and details related to their role will be provided during the planning of the accreditation process.

**Admission and Graduation Criteria Policy**

I.    Policy:   The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program will admit to the program and graduate those applicants/students that fulfill the admission and graduation criteria.

II.   Purpose:  The purpose of a policy on admission and graduation criteria is to assure that the admission and graduation criteria are delineated for all applicants/students of the program.

III.  Procedure:
   **A.    The procedure for admission shall be determined by the following steps:**
      1.   The Program will admit applicants that fulfill the following criteria:
         a.    be graduates of a National League for Nursing (NLNAC) or CCNE accredited baccalaureate nursing program.
         b.    Demonstrate a minimum cumulative grade point average of 3.0 on a 4.0 scale and evidence of successful completion (grade C or better) of courses in undergraduate nursing research and health assessment, organic chemistry, and introductory statistics;
         c.    Complete (grade of C or better) a graduate level statistics course prior to enrollment.
         d.    Possess an unencumbered/unrestricted license as a RN in the State of Illinois
         e.    Provide scores on the Graduate Record Exam (GRE), if undergraduate cumulative GPA is below 3.0;
         f.    Provide three (3) written recommendations from individuals who can speak to the applicant's integrity, potential for success in a graduate program, and clinical nursing performance. One recommendation must be from a direct ICU supervisor.
         g.    Provide evidence of current certification in Basic Cardiac Life Support (BLS), Advanced Cardiac Life Support (ACLS), and Pediatric Advanced Life Support (PALS).
         h.    Submit via mail or email a one-two-page written statement (up to 1000 words) addressing personal and professional goals related to the master's program.
         i.    Submit via mail or email a current resume or curriculum vitae;
         j.    Provide evidence of a minimum of one year of an adult intensive care unit (ICU) nursing experience. Current ICU experience is strongly preferred.
         k.    Complete the Assessment of Critical Care Skills form.
      3.   Individual applicant assessment:
         a.  Each application is evaluated using the approved admission rubrix to determine eligibility to the Program.
         b.  An explanation is provided to those who are ineligible for the program.
         c.  Individual applicants are counseled and further information is requested of the applicant by the program, as needed.

41

d. Identical admission files are maintained at both DMH and Millikin University.

4. Interview Process:

a. Interviews are held between October and January annually.

b. Each candidate appears individually before members of the joint Admissions Committee.

c. The interviewers utilize the form, called the Interview Assessment.

    i. The form consists of categories on which observations and impressions of the interviewees are recorded.

    ii. Each category is scored on a scale of 1 (lowest) to 5 (highest) so that a total score is computed.

    iii. Overall scores are averaged and then placed on the individual's MSN Application Evaluation form. A selection index is then computed, based on the score received on the Interview Assessment.

    iv. A clinically based written test is administered.

5. Selection Process:

a. Using the scores obtained from the MSN Application Evaluation, the entire Admissions Committee votes to select, offer a position as an alternate, or have the candidate reapply.

b. Selections are made without regard to race, age, religion, gender, national origin, marital status, disability or any other factor protected by law.

c. Selected Candidates:

    i. will be notified within 3-4 weeks of the date of selection.

    ii. must in turn notify the program office in Decatur within two weeks or by the date requested in writing of their intention whether or not to accept the position in the designated class.

    iii. who withdraw prior to beginning classes will need to reapply to the program.

d. Alternates:

    i. are offered a position in the class if one becomes available.

    ii. must notify the program office in Decatur within two weeks or by the date requested in writing of acceptance as an alternate or the offer is withdrawn.

    iii. retain the alternate position until the start of classes

    iv. must reapply if a position is not offered.

6. Evaluation of Process:

a. The selection process is evaluated, both by the candidates who are interviewed, as well as by the members of the Admissions Committee.

b. Suggestions for improvement of the process are encouraged and discussed by the Admissions Committee.

42

**B.** **The procedure for graduation shall be determined by the following steps:**
   1.   Completion of Terminal Outcomes of the Program.
   2.   Completion of requirements for Millikin University School of Nursing Master of Science in Nursing.
   3.   All clinical and academic requirements of the Council on Accreditation and the Nurse Anesthesia Program must be met.
   4.   Completion of all Program Requirements including:
      a.   successfully completing course requirements;
      b.   attendance at one professional anesthesia business meeting;
      c.   return of program/university property (ID badge, pager);
   5.   All outstanding fees at both MIllikin University and Decatur Memorial Hospital must be paid (textbook fees, copying fees, library fines, etc).
   6.   All borrowed library books must be returned.
   7.   Complete the entire course of study within five years of the date of the recording of the first graduate course grade.

**C.** **Graduation Deferral**
   1.   The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program reserve the right to defer an intern's graduation until all requirements including terminal outcomes, time restoration, and financial obligations have been met.
   2.   The Program Director in conjunction with the Director of Nursing will make the recommendation to the SAPR committee regarding deferral of graduation.
   3.   The program will not send a final transcript to the Council on Certification until all graduation requirements are met.

43

**Allowable Time Off**

I.  Purpose: the purpose of the Allowable Time-Off Policy is to inform the RNAI of the process utilized in managing approved time off from the program once the clinical practicum commences.

II. Policy: Once the clinical practicum courses begin at Decatur Memorial Hospital, the University's calendar breaks are no longer observed. The Intern's allowable time-off is scheduled by the Intern Clinical Schedule CRNA. A continuous week starts on a Sunday and ends on a Saturday. Examples of  Allowable Time Off includes personal days, vacation, or funeral days.

III. Procedure: Each RNAI is allocated **30 days** during the anesthesia specialty. Time off in excess of 30 days will be restored at the end of the program, thereby deferring graduation. **Excessive time off cannot be made up prior to the scheduled graduation of the RNAI.**
A.  Allowable Time Off Guidelines
   1.  Interns are expected to complete clinical learning shifts <u>exactly</u> as assigned.
   2.  Deductions are made from the Intern's time allocation any time he/she takes time for any reason.  This includes vacation, personal days, meeting days, research days, or sick days.
   3.  Special <u>requests</u> (by the Intern) for early dismissal any time before the conclusion of the clinical learning shift is deducted (subtracted) from the individual's allowable time on an equal time basis.  For example, the Intern is dismissed at 1:00 p.m. then two hours and fifteen minutes is deducted from the time balance.  Early dismissal may also be <u>assigned</u> by the Clinical Schedule Chairman on an equal time basis.
   4.  Hospital policy allows the Surgery Department to close for scheduled procedures on certain holidays; however, emergency call is still observed. Approved holidays are New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day.  Easter Day is also observed as a call holiday.  Intern coverage for holidays includes a time span of 6:45 a.m. – 11:15 p.m.  Holidays are not deducted.
   5.  For those Interns assigned holiday call coverage, compensatory time will be assigned during the same week as the holiday.
   6.  No more than two consecutive weeks of vacation may be taken at a time.
   7.  When requesting a half day during the afternoon, the Intern is not to leave the hospital before 11:30 a.m.
   8.  Single personal days are approved on a "first come, first serve" basis with thought given to fair distribution of days to all Interns.  The practice of more than three (3) Interns per class asking for the same day is discouraged.
   9.  No days are to be taken during the last week of the program.

44

10.     Vacation time is to be scheduled one week at a time from Sunday-Saturday. One week is to be taken during Clinical Practicum I or II. One week is to be taken during each of Practicum III, IV, and V. Up to ten (10) days may be utilized individually for personal time (illness/appointments, etc.). These individual days may not be used to extend vacation time.

11.     Not vacation is to be taken the week of a scheduled examination. No individual days maybe taken without permission on the day preceding a scheduled examination.

B. Process:

1.     The Intern submits request for time off utilizing the Program's Typhon website.

2.     The designated Clinical Schedule Coordinator approves/disapproves the request utilizing the Typhon website.

3.     If requested time is denied by the Coordinator, the student has the option to trade the time with a student who has been previously approved to be off. Both students must be in agreement with the trade.

45

## Attendance Policy

I.  Policy:  Interns are required to attend all scheduled classes appropriate for their level of experience.

II.  Purpose:  The purpose of an intern attendance policy is to delineate required attendance of interns while enrolled in the Nurse Anesthesia Program.

III.  Procedure:  Intern attendance shall be recorded according to the following procedures:

    A.  Attendance:
        1.  It is mandatory for Interns to attend all classes, workshops/labs, and clinical practicum experiences as scheduled.
        2.  If the Intern is scheduled for vacation time, **PERMISSION TO MISS CLASS MUST BE OBTAINED FROM THE INSTRUCTOR PRIOR TO THE SCHEDULED CLASS.** It is the responsibility of the Intern to obtain all assignments from each instructor prior to taking vacation.
        3.  Occasionally, changes in class times and days may be necessary.  Interns are responsible for checking their own class schedules and email for changes.
        4.  Approved leave of absence and approved days off are considered excused absences
        5.  RNAIs are expected to complete the clinical assignments as scheduled. Cases may extend past the "normal dismissal" time for the day and the RNAI is expected to complete the case. RNAIs accumulating excessive time may have their clinical schedules altered at the discretion of the Clinical Coordinator.
        6.  Interns who are requested to leave the class/clinical arena for any reason have time deducted consistent with early dismissal as noted in the *Allowable Time-Off Policy.*
        7.  The **average** weekly time commitment spent in clinical practice, classroom, and home study is 60-65 hours, but **may be** greater depending upon the intern.
    B.  Absences:
        1.  Approved days off and an approved leave of absence are considered excused absences.
        2.  The RNAI who is unable to attend a scheduled event (class, clinical, or other learning experiences) must notify the School Office (217.876.2578) by 0900 or as soon as possible on the missed day. Failure of notification by the Intern may result in course failure. The reason for the call in must be provided.
        3.  Two or more consecutive sick days will require documentation from a physician or Corporate Health.
        4.  If a student is sick on an exam date, the student must submit documentation from a physician/student health in order to be allowed to make up the exam. Failure to provide documentation will result in a zero for the exam.

46

5.  The Intern calling in for a clinical shift at DMH must also notify the CRNA on Call (CC) at 0600. If the CC is not in the call room, the Intern should request the hospital switchboard operator to page them on pager 200.Leaving a message at the anesthesia communication board is not an acceptable method of communication absences unless all attempts at CC notification have been unsuccessful

6.  Nonattendance at a scheduled lecture by an intern will be counted as an unexcused day and will be treated accordingly.

7.  Excused or unexcused absences will be deducted from the Intern's Allowable Time Off.

8.  Interns calling in as sick for a clinical experience on a class/exam day will not attend class or take the exam on that day, unless permission is obtained from the Program Director or Assistant Program Director.

9.  Five or more unexcused absences during a clinical semester may result in course failure. Individual cases are subject to review by the Progression Committee.

10. Sick time taken during the scheduled week of the comprehensive clinical exam will require documentation from a physician.

11. Interns calling in sick the day prior to a scheduled examination will require documentation from a physician.

11. Requests for early dismissal with less than 50% of the assigned shift completed will be counted as an unexcused absence.

C.  Tardiness:

1.  Tardiness to class is unacceptable unless the Intern has completed a clinical case prior to class. Late arrival is disruptive to an educational setting and the lecturer has the option to exclude the tardy RNAI from lecture or the learning activity. Exclusion from class due to tardiness will be treated as an unexcused absence.

2.  In the clinical arena, tardiness is defined as when the Intern does not arrive to the clinical area in sufficient time to be prepared for the assigned anesthesia case. A lack of preparation jeopardizes patient safety.

   a. Three episodes of tardiness will result in course failure and may result in dismissal from the NAP.

   b. The "tardy" RNAI may be assigned alternate cases or removed from the clinical arena for the day.

   c. Late arrival due to inclement weather emergencies or transportation breakdowns will not be counted as tardiness: documentation verification is required.

D.  No Call/No Show: A RNAI who fails to report or call in within one hour of the start of a scheduled shift is considered no call/no show. No Call/No Show is considered to jeopardize patient safety since it impacts appropriate case preparation. Documentation verifying compliance with a possible no call/no show must be submitted. The occurrence of a No Call/No Show without documentation of compliance will result in course failure and possible program dismissal.

47

C.    Restoring Time:
1.    Restoring time lost due to illness, suspension, or time off used in excess of the 30 day Allowable Time-Off.
   a.    The intern may not work more than the designated time commitment of forty hours for the clinical course per week.
   b.    Time is restored at the rate of 8 hours per day.
   c.    Graduation will be delayed until the delinquent time is restored.

D.    Inclement Weather
1.    RNAIs are adult learners and are expected to demonstrate appropriate judgment regarding travel to and from clinical sites/class. RNAIs assume the risk associated with transportation and inclement weather.
2.    RNAIs should report to clinical experiences and class as safety permits.
3.    Time is deducted from the RNAI's Allowable time off for time missed due to inclement weather.
4.    RNAIs missing clinical due to weather must notify the School Offices and the clinical site according to policy.

E.    Clinical Schedules
1.    A CRNA faculty member is appointed as the Intern Clinical Schedule Coordinator. The Coordinator's duties include scheduling of the Intern's clinical Learning experiences.
2.    Once Clinical Practicum courses begin at Decatur Memorial Hospital, the university calendar breaks are no longer observed.
3.    The designated Intern Clinical Schedule Coordinator will schedule the RNAIs for approximately 35-40 hours of clinical time per week and is responsible for approving all requested schedule changes and time off for the RNAIs.
4.    Frequent requests for changes to the schedule are discouraged. Clinical assignments, including emergency call coverage, are viewed by the anesthesia faculty as essential duties of nurse anesthetists. RNAIs are expected to honor clinical assignments with strong commitment.
5.    The practice of assigning an RNAI to the clinical area on his/her scheduled day off is not encouraged. Approval of such is rare and only at the discretion of the MD, CRNA Program Director, or Assistant CRNA Program Director.
6.    The CRNA with whom the RNAI is assigned is responsible for dismissing the Intern to attend lectures.
7.    The continuous clinical week starts on Sunday and ends on Saturday.
8.    Surgical cases routinely begin at 0730. RNAI's hours routinely are scheduled for 6:45a.m.-3:15 p.m. <u>It may be necessary to report earlier if the case preparation is complex or if the RNAI personally believes he/she needs more time to prepare for scheduled cases.</u> The amount of preparation time usually decreases as the RNAI's proficiency increases.
9.    Daily clinical assignments are prepared by a CRNA "Clinical Coordinator or designee.  Changes on this schedule are to be made <u>only</u> by the Intern Schedule Coordinator, CRNA Director, or Assistant Director. RNAIs making changes to the schedule are subject to disciplinary actions.

10.   The official schedule is kept in the Program's Typhon Group website.  A secondary schedule is located at the anesthesia board in the clinical area.

12.   Clinical assignments may be based upon the needs of the learner or the program and therefore, may not be identical or equitable.

**Call Policy**

I.  Policy:  RNAIs will participate in planned "Call" clinical experiences. The purpose of the call experience is to help the Intern develop a realistic picture of the future practice of nurse anesthesia. It is expected that the Intern will gain experiences with emergency surgery, obstetrical patients, patient assessment, resuscitations, and additional responsibilities assumed by anesthesia personnel.

II. Purpose:  The purpose of the Call policy is to inform RNAIs of the call experience provided by the program.

III. Procedure:

    A.  A call experience is required by the COA. The COA defines call as "A planned clinical experience outside the normal operating hours of the clinical facility, for example, after 5 p.m. and before 7 a.m., Monday through Friday, and on weekends. Assigned duty on shifts falling within these hours is considered the equivalent of an anesthesia call, during which a student is afforded the opportunity to gain experience with emergency cases. (Standards for Accreditation of Nurse Anesthesia Educational Programs, effective January 2008, pg 23).

    B.  A CRNA and/or anesthesiologist supervises the call experience by the Intern.

    C.  Call Experience procedures:

        i.  Weekend commitment and Evening shifts (2-10, 3-11, or 12-8, etc) begin in the fall of the junior year.

        ii.  The Intern is responsible to insure that the assigned call is covered. If the Intern is unable to report for the assigned call, arrangements must be made with another Intern to report for the call assignment. In true emergencies, the CC or Intern Schedule Chairman the Intern in procuring coverage.

        iii.  Interns are required to be cooperative, flexible, and fair in covering call.

        iv.  Previously assigned call may be traded if:

            a.  Both Interns must agree

            b.  The time commitment for both parties is equal.

            c.  A request for schedule change is submitted electronically through Typhon and approved by the Intern Scheduling CRNA.

            d.  In the event the Intern Schedule CRNA is absent, approval may be granted by the CRNA Director or Assistant CRNA Program Director.

        v.  In the event an Intern leaves a call rotation shift earlier than originally scheduled, including emergency situations, the Intern procures another Intern to provide coverage of the call rotation shift.  Failure to obtain written documentation of call coverage results in a two (2) hour deduction from the Intern's time allocation for every hour missed of the call rotation shift.

        vii.  When an Intern misses a 16 hour <u>call</u> day for any reason, including illness, he/she must deduct (subtract) two days from his/her time allocation. The rationale for this is that the sixteen hour call is figure into the total number

50

of hours for the week.  The Intern is strongly encouraged to seek someone to cover the call for him/her if at all possible.

viii.   The On Call or 3-11 p.m. shift Intern is responsible for checking the Code Chill Cart and Difficult Airway Cart. Those checklists are marked daily. The Intern On Call is responsible for notifying the CRNA on call or the Pharmacy (if open) any expired medications or missing equipment.

51

**Clinical Affiliation Policy**

I.     Policy: The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program utilizes the resources of a number of affiliate clinical sites to provide the RNAI with required and/or enhanced clinical experiences. The program reserves the right to select, revise, or terminate a clinical affiliation at any time.

II.    Purpose:  The purpose of the Clinical Affiliation Policy is to inform the RNAI of expectations related to participation in clinical affiliation experiences.

III.   Procedure:
       A. Current Affiliate Organizations include
           1.  Advocate Eureka Hospital, Eureka IL
           2.  Pekin Hospital, Pekin IL
           3.  Carle Clinic Association, Urbana, IL
           4.  OSF St. Francis Regional Medical Center, Peoria IL
           5.  St. John's Hospital, Springfield IL
           6.  Advocate BroMenn Medical Center, Bloomington IL
           7.  Shelby Memorial Hospital, Shelbyville, IL
           8.  Decatur Digestive Disease Center, Decatur IL
           9.  Gibson Area Hospital & Health Services, Gibson City, IL

       B.  The Intern Scheduling Coordinator is responsible for assigning individual clinical affiliate rotations. RNAI requests and residency location may be considered in determining Intern rotations; however the decision of the Scheduling Coordinator is final. The Program reserves the right to schedule, alter, or omit RNAI participation in affiliate experiences.

       C.  Decisions concerning attendance at the scheduled affiliations are made by the Progression Committee at DMH. Before the Intern proceeds with participation in affiliate experiences, a review of the status of the Intern's clinical and didactic performance is conducted. The Intern's affiliation participation may be rescheduled if the Committee concludes the Intern's knowledge, skills, and/or performance are insufficient for the designated affiliation. Rescheduling of the experience may be omitted.

       D.  Each institution affording the affiliation experience appoints a CRNA to direct the clinical learning of the RNAIs. This CRNA is designated as the "Affiliation Coordinator". It is the RNAI's responsibility to contact the affiliation coordinator to schedule a time for orientation. Once the orientation time has been set, the RNAI must notify the DMH CC or Schedule Coordinator to note the orientation on the schedule.

       E.  Specific orientation and contact information for each affiliation is provided by the nurse anesthesia program to the RNAI prior to the affiliate participation.

       F.  The clinical instruction is under the direction of CRNAs or anesthesiologists at all affiliate institutions.                           52

G.  It is the responsibility of the RNAI to provide his/her own transportation/housing for affiliate experiences.

H.  It is the RNAI's responsibility to follow the department/institution policies and procedures of each clinical affiliate site.

I.  Clinical responsibilities of the RNAI during participation in affiliate clinical experiences includes:

    1.  Perform a pre-operative assessment on all anesthetic cases that the Intern anticipates managing during the assigned clinical hours.

    2.  Provide one (1) completed written care plan daily prior to managing the anesthetic case. Utilize the most difficult case or a case never managed before for the care plan.

    3.  Provide a concise verbal case management to be presented to each clinical instructor prior to beginning the anesthetic care of the patient.

    4.  Perform a post-operative visit on all in-house patients.

J.  RNAIs are responsible for submitting all required care plans and evaluations weekly on class  day in accordance with the established evaluation deadlines.

K.  All time, excused or unexcused absences, missed at an affiliation will be made up while at the affiliation at the discretion of Program Administration.  The RNAI needs to meet with the Affiliation Clinical Coordinator to make up the days to meet the time commitment.

L.  Vacations are not scheduled during any affiliation rotations.  Time off for research commitments during all clinical affiliation rotations will be reviewed and granted only in an emergency situation. Time off for attendance at a Review Course must be approved prior to beginning the affiliation.

O.  The RNAI must notify the Anesthesia School of any instances of clinical occurrences consistent with the *Clinical Occurrence Policy* while on affiliation rotations.

**Clinical Affiliation Evaluation Policy**

I.      Policy: RNAIs will complete an evaluation of each clinical affiliation immediately following completion of clinical experiences at the affiliation.

II.     Purpose: The purpose of a clinical site evaluation policy is to describe and outline the process for evaluation of clinical sites.

III.    Procedure:     All clinical affiliation sites will be evaluated using the following procedure:

    A.    Each RNAI will complete affiliation's evaluation within one day of completing the assigned clinical experiences.

    B.    The evaluation survey is located on the program's Typhon Group web-site.

    C.    Annually, following completion of affiliation rotation experiences, each affiliation rotation survey will be anonymously downloaded to a composite or summary of all evaluations.

    D.    The composite summary will be reviewed by the Nurse Anesthesia Program Administration and reported at the next scheduled faculty meeting.

    E.    A copy of the composite evaluation will be presented to the appropriate clinical coordinator.

    F.    Suggestions and plans for change based upon the evaluations shall be discussed if necessary and implemented.

    G.    The efficacy of implemented changes will be evaluated.

**Clinical Compliance Policy**

I.    Policy:         RNAIs  are required to abide by the established policies and procedures of Decatur Memorial Hospital and all affiliate hospitals during their course of study.  Failure to comply with federal or state legal requirements is grounds for immediate dismissal.

II.   Purpose:        The purpose of the Clinical Compliance Policy is to inform RNAIs of their responsibilities related to legal and accreditation requirements for institutions providing clinical experiences for interns.

III.  Procedure:
      A.    Policies and procedures of Decatur Memorial Hospital (DMH) and policies and procedures of the Department of Anesthesia of DMH, are located on the DMH Intranet.
      B.    Also available on the Intranet are the MSDS Manual and Safety/Management Plans.
      C.    RNAIs will participate in annual safety fairs and mandated netlearning activities.
      D.    Criminal History/Sex Offender Background Check
            1.    A criminal history and sex offender background check of interns is a requirement of JCAHO for all hospitals beginning fall of 2004.
            2.    Participation in this process is a required component for completing clinical experiences in the nurse anesthesia program. Each intern must obtain a background check prior to full acceptance.
            3.    Completion of the process in a timely manner is the responsibility of the intern to ensure full participation in the nurse anesthesia program.
            4.    RNAIs are required to notify the Anesthesia School Administration of any incidents which may impact their ability to practice nursing in the state of Illinois..The notification must occur no later than 30 days of the incident occurrence. RNAIs unable to complete the clinical requirements due to noncompliance may be dismissed from the nurse anesthesia program.
      E.    Use and Disclosure of Protected Patient Information (HIPPA). The use and disclosure of patient information is governed by the rules and regulations established under the Health Insurance Portability and Accountability Act of 1996 (HIPPA) and related to state and federal policies and procedures in addition to the policies and procedures of DMH. RNAIs will handle protected information in a confidential manner at all times during the clinical experience at DMH and affiliates.
            1.    RNAIs will participate in institutional inservices regarding the use and disclosure of protected patient information when such inservices are scheduled.
            2.    RNAIs will use and disclose confidential health information only in connection with and for the purpose of performing duties related to the care of their patients.
            3.    RNAIs will not request, obtain, or communicate more confidential information than is necessary to accomplish the duties related to the care required by their patients.

55

4.    RNAIs will take reasonable care to properly secure confidential health information on computers and will take steps to ensure that others can not view or access electronic information. RNAIs will log off of the computer when he/she leaves the computer workstation.

5.    RNAIs will not disclose or share their personal passwords and will refrain from performing any tasks using another's password.

6.    Copies of a patient's anesthesia record or any patient data will not be made or taken from the anesthesia department. Anesthesia records utilized for clinical case conferences will have the patient's personal information removed.

7.    RNAIs' will not use any patient identification information while maintaining their statistics regarding the clinical experience.

8.    No copies of the OR schedule are to be made.

9.    Discussions of patient management of care should only be done in appropriate areas. No such discussions should occur in public areas.

10.   RNAIs will abide by privacy policies of DMH and clinical affiliations.

11.   RNAIs will follow the SON Social Networking Policy.

F.    Licensure and Certifications

1.    RNAIs are required to possess a current, unrestricted Registered Professional Nurse licensure from the State of Illinois Department of Financial and Professional Regulation. A copy of the license is provided to the Anesthesia Program Office upon admission to the program and when re-licensure occurs.

2.    RNAIs are accountable according to the scope of the Illinois Nurse Practice Act.

3.    Failure to maintain an active RN licensure will result in the RNAI being removed from clinical experiences and time being daily deducted from the RNAI's allowable time off.

4.    RNAIs are required to possess current certifications in BLS. ACLS, and PALS. A copy of the certifications is to be provided to the Anesthesia Program Office upon admission to the program and when re-certification occurs.

5.    Failure to maintain current certifications in BLS, ACLS, and PALS will result in the RNAI being removed from clinical experiences and time being daily deducted from the RNAI's allowable time off.

6.    The costs of maintaining nursing licensure and the required certifications are the responsibility of the intern.

G.    Documentation

1.    The anesthesia record is a legal document in the patient's chart. The RNAI will document the anesthetic care provided to the patient according to DMH or the clinical affiliation's policy.

2.    The RNAI will document the equipment and items to be charged accurately.

3.    Errors or omission of information/charges on an audited patient chart will impact the RNAI's clinical grade as discussed in the Grading Policy.

56

4. The accountability of controlled drugs must be accurately completed by RNAIs in accordance with all federal and state laws, and standards of professional practice. The process for narcotic reconcilliation at DMH is as follows:

    a. Information to be documented on the narcotic drug pack form for each case includes: the patient's name label, the amount of the drug administered, returned, and wasted, the date of the transaction, and the signatures of the RNAI and CRNA administering the narcotics.

    b. The color and number located on the narcotic drug pack will be written on the pharmacy charge form.

    c. An error or omission related to narcotic reconcillation is defined as missing information on the narcotic drug pack form (ie. Missing signatures, patient label, math error).

    d. An error or omission related to narcotic reconcillation will result in the RNAI correcting the error. The RNAI's clinical grade may be impacted as indicated in the Grading Policy.

    e. A discrepancy is defined as an error occurring in the inventory count unexplained on investigation, failure to waste or failure to return unused controlled drugs, or inappropriate chemical analysis on returned medications.

    f. A discrepancy report will follow DMH's risk management report system. In addition to impacting the RNAI's clinical grade according to the Grading Policy, the RNAI will be subject to drug testing.

H. TB Skin testing

1. A current TB test report is required to be on file with the Program at all times.

2. RNAIs obtain the two-step TB test upon entry into the anesthesia specialty through DMH's Corporate Health.

3. Following the initial two-step TB testing, RNAIs are responsible for obtaining a TB skin test annually and submitting a copy of the report to the Program office.

4. The cost of maintaining current TB test annually is the responsibility of the RNAI.

5. The TB skin testing may be obtained through DMH's Corporate Health or at a facility of the student's choice.

**6.** Failure to maintain a current TB test report on file will result in the RNAI's removal from clinical experiences and an equal amount of time deducted from the RNAI's allowable time off.

I. Physical Examination:

1. All students must complete a health screening at DMH Corporate Health Department prior to beginning Clinical Practicum I.

2. All students must provide proof of immunization.

**Clinical Occurrence Policy**

I.      Policy:  RNAIs will report all clinical occurrences. Reported information will be utilized for quality assurance, risk management, peer review, and legal purposes.

II.     Purpose:  The purpose of the Clinical Occurrence Policy is to insure that RNAIs understand the significance of occurrences and maintenance of records of occurrences for risk management and legal purposes.

III.    Procedure:
   A.      Clinical occurrence is defined as any event a patient experiences that is not an expected outcome and may result in harm to the patient. This includes deaths that may occur in a surgical patient within 48-72 hours post surgery.
   B.      Any incident must be reported immediately.
      1.      During day shift assignment at Decatur Memorial Hospital, the RNAI is responsible for notifying the Nurse Anesthesia Faculty they have been assigned with immediately and School Administration by the completion of the shift.  Appropriate documentation is to be made on the Anesthesiology Department QA form.
      2.      During call shifts, the RNAI is responsible for notifying the Nurse Anesthesia Faculty immediately and School Administration as soon as possible (i.e. a weekend shift notification is not later than Monday morning). Appropriate documentation is to be made on the Anesthesiology Department QA form.
      3.      During affiliation assignments, the RNAI is responsible for notifying the Affiliation Clinical Coordinator and the School Administration by the completion of the assigned shift.
      4.      DMH Risk Manager will be notified of clinical occurrences by the CRNA Program Director.

**Clinical Supervision of RNAIs**

I. Policy: Interns of The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program must be supervised during clinical assignments at an intern to faculty ratio not to exceed 2 interns to one faculty member.

II. Purpose: The purpose of the Clinical Supervision of RNAIs policy is to define the supervision requirements for RNAIs.

III. Procedure:

A. The clinical supervision of RNAIs in anesthetizing areas is restricted to CRNAs and anesthesiologists.

1. Institutional Staff Privileges must be held by the supervising CRNA/MD
2. The supervising CRNA/MD retain full responsibility for the care and safety of the patient.
3. The supervising CRNA/MD must be immediately available in the clinical area during supervision duties.

B. Supervision in nonanesthetizing areas:

1. Only credentialed experts authorized by the Program may supervise RNAIs in nonanesthetizing areas.
2. RNAIs participating in nonanesthetic situations, such as Code Blue resuscitations, must be supervised by a CRNA or anesthesiologist. Nursing skills, such as IV insertions, may be used with supervision. Intubations must be supervised.

C. RNAIs may **not** be supervised by graduate nurse anesthetists, physician residents, or anesthesiology assistants.

D. It is not appropriate for a CRNA to supervise an intern who was a member of their cohort.

**Code of Honor and Integrity Policy**

I.   Policy: Interns of The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program are expected to demonstrate honesty, integrity, and professionalism in all parts of their education.  Interns will be assessed, in part, on their reliability, honesty, integrity, responsibility related to substance use and abuse.  Any behavior that calls into question an intern's professionalism or potential capabilities as a future healthcare provider will be reviewed.

II.  Purpose: The purpose of the Code of Honor and Integrity policy is to delineate expectations of Interns' behavior and responsibilities as a nurse anesthesia professional.

III. Procedure:
   A.   Students represent the University, SON, DMH, the NAP and the profession of nurse anesthesia while interacting with other members of society. As such, students are expected to demonstrate high standards and professional values.
   B.   Interns are expected to adopt and abide by the University's Standards of Conduct, the SON's policies on Professional Accountability and Professional Standards and the AANA's Professional Standards and Code of Ethics.
   C.   Violations of the Code of Honor and Integrity policy are viewed as professional and academic misconduct and a failure to meet clinical behavioral outcomes. Violations may result in course failure, probation, or dismissal from the nurse anesthesia program.
   D.   Examples of violations include, but are not limited to:
      i.    intentional and/or unauthorized falsification, fabrication, or alteration of any records, information, or documents.
      ii.   willful neglect of clinical responsibilities.
      iii.  knowingly or intentionally helping or attempting to help another commit an act of academic or clinical dishonesty.
      iv.   cheating on any course assignment, examination, which may include, but is not limited to, referring to unauthorized materials; having another person take an exam for you; or changing test answers after the test has been given and submitted.
      v.    plagiarism.
      vi.   collaborating with others in work to be presented, if this is contrary to the stated rules of the course.
      vii.  taking credit for anesthesia care provided by another
      viii. communicating false information; failure to report errors made in providing care to patients; reporting care has been given that, in fact, has not; etc.
      ix.   stealing, destroying, or making inaccessible any library, hospital, or other resource material or equipment. Or knowingly and intentionally assisting another in any of these actions.
      x.    breaches in confidentiality of patients and their families.
      xi.   bringing false complaints against fellow interns.
   E.   Interns are required to sign an affirmation of the Code of Honor and Integrity policy.                  60

**Dress Code Policy**

I.  Policy: As health care professionals, an image that reflects our commitment to quality care must be presented.  In order to accomplish this goal, interns in the clinical arena must maintain professional attire at all times.

II.  Purpose:  In order to maintain a positive image, the dress code guidelines will be followed by all anesthesia interns.

III.  Procedure:
The following suggestion for dress and grooming provide guidelines.  Interns must conform to the facility dress code through which he/she is rotating.
   A.  Clinical and Direct Patient/Resident Areas
      1.  Blue jeans, T-shirts, jogging shorts, casual shorts, sweatpants/shirts are not appropriate attire for the clinical component.
      2.  During pre- and post-operative visits, the intern must maintain professional attire. A white lab coat is mandatory during visitation.
      3.  A white lab coat must be worn at all times when the intern is leaving the operating room suite while wearing scrubs. *Note:  Lab coats should cover scrubs with a length to midthigh. Masks, shoe covers, gloves, and caps are removed when visiting patients.
      4.  Scrub clothing, masks, shoe covers and gloves should be worn only in areas designated for their use.
      5.  All jewelry will be removed upon entering the OR restricted area.
      6.  Undergarments must be worn and must not be visible through clothing.
      7.  Extremes in style or clothing, which may be offensive or immodest, are NOT appropriate.
      8.  Hair should be clean and well groomed.  Extremes in style or color are not appropriate.
      9.  Beards and mustaches must be kept clean and well groomed and must be covered by a disposable hood when in the operating room.
      10.  OSHA mandated standards for Universal Precautions must be utilized during the perioperative experience. This includes but is not limited to gloves and protective eye covers.
      11.  The mask for the operative experience must be secured over both nose and mouth in a way to prevent venting at the sides.  Masks must be worn at all times in sterile and sub-sterile areas of the operating room. Masks will be changed between patients and will not be left hanging around the neck or placed in pockets to be reworn.
      12.  Nametags should be worn and be visible at all times at the clinical facility.
      13.  Footwear for clinical areas should be appropriate for the work area. Shoes should be clean and not worn outside of the hospital. Shoe covers are to be worn when going outside. Shoe covers are to be removed when returning to the OR.   Safety should be the primary consideration when selecting footwear for work.
      14.  A N95 particulate respirator-type mask will be worn on TB or suspected TB procedures.
61

      15.    Scrub clothes will be changed whenever visibly wet or soiled or following a MRSA case or other air-borne transmitted diseases (i.e., N1, H1 influenza).

B.    Non-Clinical Areas

      1.    You are expected to select attire that projects professionalism and pride in our organization.  We encourage you to avoid choosing attire for class that may be extreme in style.  Good judgment, which includes being well groomed and neat, is the main guideline to follow in dressing appropriately for class.  Questions or clarifications on what would be considered appropriate attire for your specific area should be directed to Nurse Anesthesia Faculty or use the Clinical Area Guidelines for class.

      2.    Scrub clothes covered by a clean and buttoned lab coat are acceptable.

## Grading Policy

I.      Policy:  Millikin University SON's policy on "*Progression in the MSN Program*" is utilized in grading and program progression.  Additionally, Interns must earn a minimum grade of a "B" in any anesthesia course to progress in the NAP.

II.     Purpose:  The purpose of the grading policy is to insure that interns understand the academic (clinical and didactic) grading policies.

III.    Procedure:
    A.      Didactic Grading
        1.      Grading Scale adopted by the SON
            a.      A = 93-100 %
            b.      B = 85-92 %
            c.      C = 77-84 %
            d.      D = 70-76 %
            e.      F =  below 69%
        2.      Failure of the intern to achieve a minimum overall course average of 85% at the end of the semester will result in the intern receiving a course failure.
        5.      A course failure results in the inability of the intern to progress further in the program.
        6.      Consistent with the SON policy on progression, RNAI may petition to repeat only one course in the MSN Program. Approval is obtained by the SON Student Admission, Promotion, and Records (SAPR) Committee.
    B.      Clinical Grading
        1.      Clinical numerical grading scale
            a.  A = obtaining 0 to 4 unmet evaluations in one semester
            b.  B = obtaining 5-9 unmet evaluations in one semester
            c.  C = (course failure) obtaining 10 or > unmet evaluations in one semester
        2.      Interns are expected to achieve a grade of an A or B in all clinical courses
        3.      Failure of the intern to earn a minimum grade of "B" at the end of the semester will result in the intern receiving a course failure and an inability of the intern to progress further in the program.
        4.      If an intern is placed on probation during a clinical course, the resultant semester grade earned will be no higher than a "B".

63

**General Policy on Programmatic Change**

I.    Policy:  Assessment of the Nurse Anesthesia Program is multifaceted, multidimensional, and a systematically designed process that assures adherence to quality student education and adherence to accrediting bodies who oversee nursing education.

II.   Purpose:  The purposes of the "General Policy on Programmatic Change" are to:
    A.    Delineate the process of programmatic changes of the Nurse Anesthesia Program.  Inform interns, instructors, and members of the community of interest, the process by which the Nurse Anesthesia Program conducts programmatic changes.
    B.    Provide a schematic presentation of the overall process to which the Program evaluates and approves changes in the curriculum.

III.  Procedure:  The process of programmatic change is a three-stage procedure.  The first stage involves the evaluation and recommendation of programmatic issues by Program Committees/Program Administration.  The second stage assesses and approves/disapproves recommendations of the programmatic change by the Faculty for adherence to Accreditation Standards and educational quality. The final stage is the submission of the program changes to the University for publication and incorporation into University course offerings, if applicable.
    A.    The evaluation and recommendation procedure includes:
        1.    recommendations achieved through intern, instructor, and course evaluations.
        2.    recommendations submitted to the Program Administration by Committee members or DMH faculty for review and evaluation.
        3.    recommendations submitted for Faculty review and approval during scheduled Faculty/Staff meetings.
        4.    Recommendations approved by NAP faculty are taken to the appropriate SON Nurse Faculty Organization (SON NFO) committee for approval. .
    B.    The assessment and recommendation procedure includes:
        1.    Faculty review recommendations and vote for approval.
        2.    If disapproved, the issue is sent back to Program Administration for further evaluation and review or is not implemented/sent forward to SON NFO.
    C.    The submission approval procedure includes:
        1.    If approved, changes are implemented at the DMH campus following notification of faculty and interns.
        2.    If approved, changes are submitted for incorporation into University course offerings and publications.

**General Policy on Self-Assessment (Program, Interns, Instructors, Courses)**

I.   Policy:  Assessment of the Nurse Anesthesia Program is multifaceted, multidimensional, and a systematically designed process that assesses program effectiveness by encompassing the following categories of evaluation:

    A.   Program:
        1.   Internal Evaluation
        2.   External Evaluation
        3.   Graduates, Employers (1 year out)

    B.   Intern:
        1.   Clinical:
            a.   Daily (Formative) Evaluation
            b.   Semester (Summative) Evaluation
            c.   Self-Evaluation
        2.   Didactic:
            a.   Program evaluation
            b.   Self-evaluations

    C.   Instructor Evaluation:
        1.   Clinical:
            a.   Intern evaluation of DMH clinical preceptor
            b.   Intern course evaluation
            c.   Faculty summary evaluation (self-assessment)
        2.   Didactic:
            a.   Intern evaluation of didactic instructor
            b.   Faculty summary evaluation (self-assessment)

    D.   Course Evaluation
            a.   Intern course evaluation
            b.   Curriculum committee course evaluation

    E.   Affiliation Evaluations
            a.   Intern affiliation rotation evaluation
            b.   Administrative clinical affiliation visit

II.  Purpose:  The purposes of the "General Policy on Self-Assessment (Program, Interns, Instructors, Courses) are to:

    A.   Delineate the process of self-assessment by which the Nurse Anesthesia Program is able to determine its effectiveness in educating nurse anesthetists.
    B.   Inform interns, instructors, and members of the community of interest, the process by which the Nurse Anesthesia Program conducts self-assessment.
    C.   Provide a schematic presentation of the overall self-assessment program of the Nurse Anesthesia Program.

III. Procedure:  The process of self-assessment is a two-stage procedure.  The first stage involves the evaluation of the Nurse Anesthesia Program, faculty, clinical instructors and intern.  The second stage assesses the results of the evaluations and makes recommendations for program change as appropriate.

65

A.   The evaluation procedure includes:
1.   Program:  The Nurse Anesthesia Program is evaluated through the following mechanisms:
   a.   Internal Evaluation –
      i. Semester reviews of the internal organization and administration of the program are reviewed and updated annually by the DMH Curriculum Committee, faculty and SON  MSN Advisory Committee. Changes are implemented as needed.
      ii. Annually, prior to the submission of the Annual Report to the COA, the Program will conduct an assessment of compliance with COA accreditation requirements. Corrective actions will be initiated should areas of noncompliance occur or reoccur.
   b.   External Evaluation:
      i.   External accrediting organizations
         a.   COA (Council on Accreditation of Nurse Anesthesia Educational Programs)
         b.   CCNE (Commission of Collegial Nursing Education)
      ii.   External program evaluation – Intern (both graduating and graduates) and graduate employer surveys are reviewed annually to identify areas needing change and improvement.
2.   Intern:  All interns are required to participate in the evaluation system. Academic and clinical grades are determined by successful progression of clinical skills and academic courses evaluated in the following manner:
   a.   Clinical:
      i.   Daily (Formative) Evaluations – Interns are evaluated daily. These evaluations are scored and tallied in an on-going manner that allows constant evaluation of the intern.
      ii.   Semester (Summative) Evaluation – A composite evaluation is reviewed and discussed with the intern at the end of each semester.
      iii.   Self-evaluation – Each intern is responsible for a self-evaluation daily and at the end of the semester including appraisal of their own clinical and didactic performance. Prior to graduation, the Senior Intern completes an overall self-evaluation.
   b.   Didactic:
      i.   Program evaluations – Grades for each academic course are distributed to the intern at the end of each semester.
      ii.   Self-evaluations – Each intern is responsible for self-evaluation at the end of the semester that includes appraisal of their own clinical and didactic performance.
3.   Instructor Evaluation:  In order to insure continued excellence and improvement of both clinical and didactic instruction, all instructors are evaluated in the following manner:

66

a. Clinical
   i. Intern evaluation of clinical preceptor- Each Intern completes the DMH faculty evaluation annually each spring. Result composites are reviewed by Program Administration, shared with the individual instructor when indicated, and a copy provided to the Executive Director of Anesthesia Services.
   ii. Self-evaluation of clinical instructor – Clinical instructors at DMH complete a self-assessment annually each summer. Submitted results are reviewed by Program Administration and may result in Faculty Development Offerings. Individual discussions with the Program Director occur as warranted.

b. Didactic:
   i. Intern evaluation of didactic instructor – Interns evaluate didactic instructors upon course completion consistent with the SON Process..  Compiled results are reviewed by the SON Curriculum and SMN Advisory Committees as well as the Program Administration and DMH's Curriculum Committee.
   i. Intern course evaluation - Interns evaluate courses according to SON's process. Compiled results are reviewed by the SON Curriculum and SMN Advisory Committees as well as the Program Administration and DMH's Curriculum Committee.
   iii. Self-evaluation of didactic instructor-Didactic instructors at DMH complete a self-assessment annually each summer. Submitted results are reviewed by the Program Administration and may result in Faculty Development offerings. Individual discussions with the Program Director occur as warranted.

4. Course Evaluation
   a. Intern course summary - Interns evaluate the didactic and clinical courses utilizing the SON MSN Program process. Compiled results are reviewed by the SON Curriculum and SMN Advisory Committees as the Program Administration and DMH's Curriculum Committee.
   b. Curriculum Committee Course Evaluation – The Nurse Anesthesia Program Curriculum Committee reviews course content for appropriateness annually and makes recommendations for changes as necessary..

5. Affiliations (Clinical Agencies)
   a. Intern evaluations-Interns are evaluated daily during each affiliation.
   b. Affiliation evaluation-Each intern completes an evaluation located on Typhon for each rotation attended. Composites of each affiliation are reviewed by Program Administration and shared with the Evaluation Committee and DMH faculty. A

67

    copy of the composite is provided to the Affiliation Coordinator. Issues related to affiliate experiences are discussed between the Affiliation Coordinator and Program Administration.

   c. Administrative Clinical Affiliation Visits-Program administrators conduct affiliation site visits and evaluations a minimum of twice per year.

B. The self-assessment procedure includes assessment of the above evaluations by:

  1. The Program Faculty

   a. Assess any items needing attention as revealed by the above evaluations during their regularly scheduled meetings.

   b. Makes appropriate changes noted by the evaluations and those suggested or recommended by Curriculum, Evaluation, and Faculty committees.

  2. The Clinical/Didactic Instructors:

   a. Assesses course content changes prior to each semester.

   b. Make suggestions and recommendations to the program faculty based on composite evaluations of courses, and experience in the clinical area.

  3. The DMH Clinical Faculty:

   a. Are informed of major programmatic changes.

   b. Make suggestions and recommendations for programmatic change based on their clinical experience.

  4. The Advisory Committee:

   a. Assesses and gathers information regarding general health trends, specific societal and community health care needs, and specific needs of the profession of nurse anesthesia.

   b. Assesses graduate evaluations and employer surveys making recommendations for programmatic change.

  5. The DMH Curriculum Committee:

   a. Assesses the results of the Certification Examinations annually and makes recommendations for program change based on their assessments.

   b. Assesses graduating senior program exit evaluations annually and makes recommendation for program change based on their assessment.

   c. Assesses graduate and employer surveys annually and makes recommendations for program change based on their assessment.

   d. Suggests major programmatic changes to the DMH faculty..

  6. The DMH Faculty:

   a. Approves major programmatic recommendations based upon committee suggestions and program evaluations.

7. SON Committees:
   a. Assesses any items needing attention as revealed by the above evaluations during their regularly scheduled meetings.
   b. Develops and implements policies and procedures associated with graduate nursing education.
   c. Makes recommendations/suggestions to the DMH faculty.

69

**Leave of Absence Policy**

I.     Policy:  Interns may be granted one leave of absence under special conditions during their enrollment in the program.

II.    Purpose:  The purpose of this "Leave of Absence Policy" is to:
   A.     Inform interns of the reasons that a leave of absence may be requested.
   B.     Delineate the process of a Leave of Absence.

III.   Procedure:
   A.     All clinical and class time missed during the LOA must be made up. Vacation time may be used if available. Graduation maybe deferred.
   B.     INo LOAs shall be considered or granted during probation
   C.     If an intern requests a LOA during the semester, the intern will be required to withdraw from the courses in which they are currently enrolled.  They may petition SAPR to repeat the courses within the next academic year, at the beginning of the semester in which those courses are offered.  Failure to repeat the course at the next offering will result in the need to reapply to the NAP. No credit will be transferred from an incomplete course.
   D.     Academic courses will be offered only as normally scheduled in the course of study.
   E.     Interns may request a Leave of Absence (LOA) for any of the following reasons:
      1.    Medical Leave
         a.    Interns requiring a medical LOA must provide the Program Director a written request and supporting documentation from their health care provider.
         b.    Whether the Interns plans to attend class during the LAO must be addressed.
         c.    The Intern must submit a medical clearance for unrestricted clinical duties prior to reinstatement to the NAP.
      2.    Personal Leave
         a.    A written request must be submitted.
         b.    LOA may be granted under special circumstances for valid reasons.
         c.    Arrangements for continuation of studies as soon as possible must be made with the Program Director.
      3.    Maternity Leave
         a.    It is the Intern's responsibility to notify the Program Director as soon as she is aware of the pregnancy.
         b.    Her physician's letter indicating the approximate due date and releasing her to clinical practice is required.
         c.    For a normal pregnancy, the intern is expected to return to the clinical program within 6 weeks of the end of her pregnancy. If additional problems occur, additional medical leave should be requested.

70

        d.  If the pregnant intern is required to stop attending the program during the pregnancy for an extended time (i.e. placed on bedrest, etc), it maybe necessary to place the intern in the next cohort of students on a space-available basis.

        e.  As with the medical leave, medical clearance to return to clinical is required.

F.    The Nurse Anesthesia Administration reserves the right to require that an Intern take a leave of absence for a specified time period.

G.    Military Leave

    1.    Members of the military may be excused to fulfill their military duties. Due to the intense educational commitment, interns are encouraged to seek deferral of their obligation during their involvement with the program.

    2.    Interns must submit a copy of the military orders at least 30 days in advance of the scheduled activities. In instances when the orders are not available 30 days preceding the assignment, they must be submitted within three days after being received by the intern.

    3.    Interns electing to perform temporary military duty are responsible for any class materials missed during their leave from the program and use vacation time.

H.    Jury Duty

    1.    The Intern must immediately notify the Program Director/Assistant Director when they receive notification for jury duty or subpoenaed deposition.

    2.    Due to the intense educational commitment, interns are encouraged to seek deferral of this valuable public service until after graduation.

    3.    The Program Director may provide the appropriate office with a request for postponement of the student.

    4.    If the student chooses to perform jury duty, the missed clinical time must be made up.

**Policy on Probation/Suspension/Dismissal of RNAIs**
**Course Failure**

I.  Policy:  The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program reserves the right to place on probation, suspend, recommend withdrawal, or dismiss from the program any RNAI whose health, conduct, clinical or academic performance is below the standards of the program/nurse anesthesia profession.

II.  Purpose:  The purpose of the "Policy on Probation/Suspension/Dismissal of RNAIs" is to insure that those interns unable to achieve the minimum standards of the program understand the process of probation, suspension, and dismissal.

III.  Procedure:
    A.  Definitions:
        1.  Probation : A period of time where interns having difficulty in either clinical or didactic areas are designated as "Interns at Risk". Initial/continued probation is initiated upon the recommendation of the Progression Committee.
        2.  Suspension: Immediate termination of all clinical and academic involvement with the program. It may be initiated by the Program Director.
        3.  Dismissal: Termination of enrollment in the Nurse Anesthesia Program. RNAI dismissal occurs at the recommendation of the Progression Committee.
    B.  Administrative and Other Reasons for the placing of an RNAI on probation, suspension, or dismissal. The following list is illustrative and is not intended to be an exhaustive list of the reasons an intern may be placed on probation, suspension or dismissed. Items indicated by * are offenses that result in immediate suspension or dismissal.
        1.  Didactic course failure: See separate policy "Grading Policy"
        2.  Clinical performance failure: See separate policy "Clinical Evaluation"
        3.  Inability to display continual mastery of previously mastered clinical behavioral outcomes.
      *4.  Clinical errors or behavior affecting patient safety. Interns must demonstrate safe practice in all areas. If an interns behavior is deemed unsafe in one area, then he/she is considered unsafe in all areas.
      *5.  Ethical or professional misconduct
        6.  Lack of respect or empathy (disregard) for patients, classmates, supervisors, or faculty.
        7.  Poor technical skills
        8.  Sexual harassment
        9.  Inability to cope with the stress of the clinical anesthesia specialty
      10.  Inability to cooperate with supervisors, peers, or hospital staff.
      11.  Habitual malcontent
      12.  Physical or mentally inability, with or without reasonable accommodations, to perform the functions essential for a RNAI.

72

*13.    Mishandling of drugs, illegal use of drugs, or other violations of the policies concerning drug or alcohol use or drug or alcohol testing. Consumption of drugs or alcoholic beverages on DMH properties.

14.    Habitual tardiness or absenteeism

15.    Unacceptable attitude which jeopardizes communication

*16.    Cheating, dishonesty, or violation of the honor code policy

*17.    Noncompliance with policies and procedures of the nurse anesthesia program, Bradley University, DMH, or its affiliates

*18.    Failure to complete assigned responsibilities or patient abandonment

*19    False or misleading information on application or health form

*20.    Administering anesthesia outside the confines of the anesthesia program

*21.    Any violation of the Illinois Nurse Practice Act

*22    Failure to maintain Illinois nursing licensure, BLS, ACLS, or PALS certification

*23.    Admitting to or found guilty of theft or immoral acts

*24.    Failed criminal background check

C.    Probation

1.    Probationary status can only be assigned once during the program.

2.    Warning/consultation. The Program Director or Assistant Program Director will notify the RNAI in writing of the areas of concern related to performance or conduct and the intent to place them on probation unless they demonstrate improvement in the deficient area of concern. The Program reserves the right to place an RNAI on probation without a written warning/consultation.

3.    Initiating probation: The Progression Committee evaluates the RNAI performance and recommends placement on probation for remediation of the identified deficiency(ies).  A majority vote by Progression Committee members will determine probation status. The conditions and duration of the probation and related time commitment deferring graduation will be specified.  The probationary period can be terminated and dismissal instituted if the student's practice represents a clear danger to patient safety.

4.    The Program Director or Assistant Program Director will notify the RNAI in writing of the conditions and duration of the probationary period. A minimum of two Program faculty members must be present during this notification.

5.    Acknowledgement of such notification shall be obtained from the intern, in writing, during the conference with Program Faculty and the RNAI. Refusal of the intern to acknowledge the probation will not negate action.

6.    The RNAI will obtain daily evaluations for the duration of the probationary period.

7.    The RNAI will meet weekly with their CRNA Mentor or in the absence of the Mentor, either the CRNA Program Director or Assistant Program Director. This meeting must be documented.

8.    Appropriate documentation will be completed and submitted by the RNAI at the end of the designated probation time.

73

9.     Types of anesthetic cases for the probationary intern will include general, Bier-block, SAB, and Monitored Anesthesia Care (MAC). MAC cases in endoscopy will be included, however, these will be limited to no more than two days per week.

10.    The RNAI's requests for specific clinical cases are encouraged and will be met as the surgery schedule allows. The clinical coordinator will deal with the request on an individual basis.

11.    In the event of any absences due to illness, etc, during the probationary period, the length of time of the probation is extended as determined by the program administration.

12.    No vacation is to be taken during the time that the RNAI is on probation. Any previously scheduled vacation time before initiation of the RNAI's probationary period will be automatically canceled.

13.    Affiliation rotations and other assignments are subject to postponement/ cancellation.

14.    It is the prerogative of the Progression Committee to assign remedial work during the probationary period as it deems appropriate.

15.    Violation of the program rules, policies, or procedures by the RNAI or performance inconsistent with safe effective anesthesia practice during the probationary period warrants immediate dismissal.

16.    At the end of the designated probation period, the Progression Committee will re-evaluate the RNAI's progress and the RNAI must be removed from probation, placed on continued probation, or dismissed. The RNAI will be notified within three working days of the decision.

    a.     Initial probation is discontinued when consistent and satisfactory improvement is noted by the conclusion of the prescribed period.

    b.     Continued probation occurs when improvement is evident, however is inconsistent with current behavioral objectives.

17.    Should the RNAI be placed on continued probation, at its completion, the RNAI must either be removed from probation or dismissed from the program.

18.    Probation occurring for Administrative or Other Reasons for Probation may be continued until graduation with approval of the Progression Committee.

D.    Suspension

1.     Suspension is utilized at the discretion of administrative officials of the nurse anesthesia program and may be used to investigate a matter of concern involving the RNAI or to discipline the RNAI for a certain period of time.

2.     Suspension may include a requirement that the intern obtain medical, psychiatric, or other consultation and treatment, or be subject to other appropriate requirements.

3.     The duration of time for suspension is decided by the Progression Committee.

4.     The RNAI is not allowed to participate in any didactic or clinical learning experiences during formal suspension. They are held accountable for all didactic work missed.

74

      5.      The number of days involved in the suspension may automatically extend the RNAI's graduation date. The new graduation date is decided by the Progression Committee.

      6.      Following the suspension time, the Progression Committee determines the RNAI's status in the program. The RNAI must be reinstated, placed on probation, or dismissed.

      7.      If, for any reason, suspension is initiated more than once during a RNAI's involvement with the nurse anesthesia program, the RNAI shall be recommended for dismissal.

      8.      Acknowledgement of suspension shall be obtained from the intern, in writing, during the conference with Program Faculty and the RNAI. Refusal of the intern to acknowledge the suspension will not negate action.

E.    Dismissal

      1.      The Program Director, in conjunction with the SAPR Committee may dismiss a RNAI at any time in the program, without warning, depending upon the extent and seriousness of the infractions.

      2.      The RNAI will receive written notice of dismissal.

      3.      Acknowledgement of dismissal shall be obtained from the intern, in writing, during the conference with Program Faculty and the RNAI. Refusal of the intern to acknowledge the probation will not negate action.

      4.      A final transcript will be submitted to the Council on Accreditation of Nurse Anesthesia Educational Programs and the Council on Certification of Nurse Anesthetist within 30 days.

F.    Student Grievance

      1.      The NAP follows the student grievance procedure as outlined in the SON Graduate Student Handbook.

      2.      The RNAI first makes an appointment with the course faculty to discuss the concern. If attempts to resolve the concern are not successful:

      3.      The RNAI initiates the grievance procedure by making an appointment with the Department Chair of the SON within one month of the last day of classes in which the situation occurred.

           a.      The RNAI must present a written detailed account of the situation, signed and dated by the RNAI.

           b.      The RNAI must provide a copy of the account to the appropriate faculty

      member.

           c.      If not resolved by the Chair:

      4.      The RNAI may appeal the issue to the Director of the SON. If not resolved:

      5.      The RNAI may appeal the issue to the Dean of the College of Professional Studies.

           a.      The decision of the Dean is final.

      6.      Other grievances will follow the procedures outlined in the *Millikin University Student Handbook*.

**Pre and Postoperative Anesthesia Rounds Policy**

I.     POLICY:      <u>Pre-operative rounds Policy</u>: Each intern is required to perform a preoperative visit on ALL anesthetic cases the intern anticipates managing during his/her assigned clinical hours if possible.  It is mandatory to complete a preoperative visit if the patient is an in-house patient.  A concise verbal case management is to be presented to each clinical instructor prior to the beginning of anesthesia care.

<u>Postoperative anesthesia rounds Policy</u>: Each intern is required to perform a postoperative anesthesia visit on all inpatients with documentation on the written care plan within the first 24 hours after surgery.  This note may not be written in the PACU. Same Day Surgery patients to be treated the same as an inpatient and postoperative visits are mandatory with documentation on the written care plan within the first 24 hours after surgery. This note may not be written in the PACU.

Faculty will confer with clinical site coordinators to insure that interns are completing post operative anesthesia rounds. Additionally, faculty will monitor all care plans to insure compliance. Failure to comply with the pre and post operative rounds policy will jeopardize the intern's successful completion of the program.

II.    PURPOSE:     The purpose of the pre and postoperative anesthesia rounds policy is to delineate expectations of the intern' behavior and responsibilities as a nurse anesthesia professional. It is to provide a formal process for documentation and consequence of noncompliance.

III.   PROCEDURE:
   A.    For Daily Patient Assignments:
       1.     Interns will complete a preanesethetic visit for each patient the intern is assigned for induction and maintenance.
       2.     Interns are expected to be knowledgeable of patient assessments previously performed by other anesthesia providers. The Intern is accountable for verifying previously written information on the Anesthesia Record by repetitive questioning of the patient, as necessary, and review of the chart.
       3.     Interns will provide a written/verbal care plan to the clinical instructor for review and discussion prior to the anesthetic.
       4.     Each intern will perform a postoperative anesthesia visit on all inpatients or same day surgery within the first 24 hours after surgery yet NOT in the PACU setting. Documentation of the postoperative visit MUST be included on the written care plan for credit and must be entered into the Typhon Case Record.
       5.     All written care plans must be submitted to the Affiliation Site Preceptor/ Nurse Anesthesia Faculty in order to obtain credit for the clinical experience. These are due in the anesthesia office weekly, on lass day.                76

6. Anesthesia Faculty will review all care plans and case logs for consistency monthly.
7. Failure to submit the appropriate documentation will result in:
   a. Counseling session and written warning for the first offense, placement on probation for the second offense and course failure for the third offense
   b. No credit for the clinical experience will occur. Failure to fulfill course objectives can result in an incomplete clinical grade or clinical failure.
8. Each intern will perform a postoperative anesthesia visit on all inpatients, if possible, or same day surgery patients. Documentation of the postoperative visit MUST be included on the written care plan/typhon clinical case record for credit.
9. Procedure for conducting a postoperative anesthesia visit include:
   a. The Intern will review the patient's chart for pertinent lab work, vital signs, intake and output, and postoperative course.
   b. The Intern will review the chart for documentation of post-anesthetic concerns, which may include, presence of surgical pain, sore throat, nausea and vomiting, pain at injection site for regional anesthetics, muscle soreness, pressure areas from positioning, etc.
   c. Patient visits will be done to give the Intern a chance to observe and gain feedback from the patient about post-anesthetic problems and/or concerns.
   d. The Intern will report post anesthesia concerns to the on-call anesthesiologist.

B. For Preanesthesia Area Scheduled Assignments
1. Interns will be scheduled on a rotational basis to the Outpatient Care Center (OCC) to obtain additional experiences in preanesthesia assessment and management of patients.
2. Following didactic instruction and initial mentoring, Interns assigned to the OCC are accountable for conducting the preanesthesia evaluations of patients.
3. Basic objectives of the preanesthesia assignment include:
   a. Become efficient with obtaining an appropriate preanesthesia evaluation of a variety of patients.
      i. review of patient chart
      ii. interview and physical examination of patient
      iii. Identify pathophysiologic processes and their severity.
      iv. medical optimization or treatment of underlying pathologic processes.
      v. determine anesthetic risk assessment
   b. Obtain and/or review tests and consultations necessary to conduct the anesthetic.     77

    c.      Determine appropriateness of preanesthesia medications.

    d.      Discuss with the patient anesthesia techniques which may be appropriate for that patient and procedure.

    e.      Become familiar with circumstances which result in cancellation or postponement of a procedure and anesthesia.

4.      The Intern will consult as needed with the CRNA assigned to the OCC area.

5.      RNAIs will consult with the assigned anesthesiologist on all patients meeting the ASA III or above designation.

6.      RNAIs scheduled for clinical experiences are accountable for conducting preanesthetic assessments in any preanesthesia area (endo, SDS, OCC, in house, etc) when between scheduled cases.

**Record Retention Policy**

I.    Policy:  Confidential files of graduate students and applicants are maintained in the offices of the Anesthesia School and SON.  Management of student files follows the requirements noted by The Family Educational Rights and Privacy Act (FERPA) of 1974.

II.    Purpose:  The purpose of the record retention policy is to insure that consistent protocol is employed for each student who matriculates into The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program.

III.    Procedure:
    A.    Applicants
        1.    Applicant files are kept in the Nurse Anesthesia Program for three years following the original date of application.
        2.    The file is shredded following the three year period.
    B.    Current RNAI
        1.    Confidential records of current RNAIs are maintained in locked cabinets in the nurse anesthesia program offices.
        2.    Health records of interns are maintained by DMH Corporate Health.
        3.    RNAI's have the right to examine their own records at any time with the exception of any recommendations in which they waived the right to view.
        4.    RNAI's have the right to request amendment of personal intern records. A written request and supporting documentation must be submitted to the Program Director.
        5.    A written request by the RNAI or graduate is required to copy/ release any information from the intern's record/file, with the exception of information required for participation at clinical affiliate sites (contact information, nursing license, certifications, criminal background check results, TB screening, immunizations) and those who are entitled to intern information as defined by FERPA:
            a.    The student and any outside party who has the student's written consent.
            b.    School officials who have "legitimate educational interest" as defined in FERPA.
            c.    Parents of a dependent student as defined by the Internal Revenue Code.
            d.    A judicial order or subpoeana which allows the institution to release records without the student's consent, however, a "reasonable effort" must be made to notify the student before complying with the order.

79

6. RNAI's requesting a complete copy of their student file must provide a written request. A separate copying fee will be assessed. This will be consistent with the record copying fee charged by DMH Human Resources made payable to Decatur Memorial Hospital's Nurse Anesthesia Program.

C. Graduates

1. All graduate records are retained until notification is received from the Council on Certification that the graduate has passed the National Certification Examination (NCE).

2. Once notification of passing the NCE has been received, clinical evaluations and written care plans are destroyed.

3. Records kept indefinitely include records related to:
   a. litigation
   b. final case records
   c. summative intern evaluations
   d. final Council of Certification of Nurse Anesthetist transcripts
   e. grievances and complaints

4. A written request by the graduate is required to copy/release any information from the student records/file.

5. Confidential records of graduate students are maintained in locked cabinets in the CRNA office located in the Anesthesia Department Office.

D. Litigation, Grievances, and Complaint files

1. Litigation, grievances, and complaints against the program are kept indefinitely.

2. Resolved litigation, grievances, and complaints against the program files are kept in locked cabinets located in a room between the offices of the Executive Director of Anesthesia Services and Director of Surgical Services.

3. Unresolved litigation, grievance, or complaint files are kept in locked cabinets in the nurse anesthesia program offices.

80

**Review Course Policy**

I.    POLICY:     RNAIs choosing to attend a Review Course will incur the costs of the review course and will utilize time from the RNAI's personal Allowable Time Off.

II.   PURPOSE:    The purpose of the "Review Course Policy" is to insure that consistent protocol and time allotment is employed for each intern who elects to attend a review course during their education.

III.  PROCEDURE:
   A.    One outside review course time is allowed during the last year of the RNAI's educational plan of study.
   B.    RNAIs will follow the procedure for requesting time according to the Allowable Time Off Policy. RNAI attendance to an outside review course is not a required expectation of the program and no obligation on the part of the program exists to honor time off outside of the Allowable Time Off. Thus, it is recommended for the RNAI to obtain approval for the time prior to registration for the review course.
   C.    RNAIs will incur all costs associated with the review course.
   D.    If the RNAI will be scheduled on an affiliation rotation during the time the review course is held, the RNAI must contact the affiliation coordinator prior to scheduling the review course to request time be allowed. Compensatory time must be arranged with the affiliation coordinator and written documentation provided to the Program Director.
   E.    In the event that The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program Faculty arranges for a review course with an established review course business, the following guidelines will be followed:
      1.    Attendance by all members of the applicable RNAI class is mandatory.
      2.    Time will not be added or subtracted from Intern Allowable Time Off for attendance. The intent of the course is to assist RNAI in synthesizing information in preparation of the NCE.
      3.    The cost to the applicable RNAI class may be waived.
      4.    Members of other RNAI classes may attend at their own expense.

81

**RNAI Clinical Evaluation Policy**

I.  Policy: Evaluation of the Nurse Anesthesia Intern is a systematic assessment of the Intern's performance in the clinical area.  The evaluation process is to be considered as a learning experience.  Information obtained allows the Intern to receive feedback on their development of skills and professional growth as they evolve into a competent anesthesia provider.  Evaluations are also used in determining the Intern's clinical grade.

II.  Purpose:  The purpose of a policy on RNAI clinical evaluation is to delineate how nurse anesthesia intern clinical evaluation shall be accomplished.

III.  Procedure:
   A.  Introduction
       1.  The clinical experience is divided into 5 (five) semesters with specific clinical behavioral objectives.
           a.  Semester 1: June 1- December 5
           b.  Semester 2: December 6-May 1
           c.  Semester 3: Jan 1- May 30
           d.  Semester 4: June 1- Aug 31
           e.  Semester 5: Sept 1-Dec 10
       2.  Each intern must be evaluated <u>daily</u> using the form that evaluates the intern's level of clinical performance.
       3.  A brief meeting between the Intern and the Director/Assistant Director will take place at the end of each semester.  This meeting will occur in a timely manner after the evaluation committee has tabulated the clinical grade for that semester.  This meeting allows the intern to receive a summative evaluation from a specific semester, as well as, receive a clinical grade.  Promotion to the next level is contingent upon the intern maintaining a "B" average.
       4.  Interns are free to review their evaluation file any time during regular anesthesia program office hours (8am-4pm).
       5.  All evaluations and care plans are to be submitted for analysis.
       6.  Satisfactory daily evaluations do not guarantee the automatic progression to the next semester.  Anecdotal evaluations and opinions of faculty members, based upon daily observations of the Intern's clinical performance, are also strongly considered. The Progression Committee's decision regarding the Intern's promotion to the succeeding level of his/her anesthesia education is contingent upon the following factors:  a minimum of a grade of a "B" in the didactic as well as the clinical component of the Internship; and anecdotal evaluations.
       7.  The nurse anesthesia faculty of Decatur Memorial Hospital reserves the right to dismiss at any time any Intern whose condition or conduct jeopardizes the well being or safety of the patients or employees of the hospital and its clinical sites.

82

        i. Interns must demonstrate safe practice in all areas. If an Intern's behavior is deemed unsafe in one area, he/she is considered to be unsafe in all areas.

8.      Evaluations can be filled out by <u>ANY</u> supervising anesthesia provider (CRNA and/or MDA).

9.      One written care plan must be submitted daily with the clinical evaluation.

B.     Clinical Evaluation Tool

1.      The clinical objectives of DMH's Nurse Anesthesia Program/Bradley University are composed of two categories of academic performance, thereby providing the Intern with an educational offering that is consistent with the standards of the profession of nurse anesthesia and the COA. The categories comprise cognitive behaviors (knowledge and skills) and non-cognitive behaviors (judgment, integrity, interpersonal relations and self-discipline).

2.      Each Intern will be evaluated on the indicated behaviors that occur within each semester's time frame. The semesters are so arranged that the expected behaviors to be evaluated follow the Intern's training program in a progressive order. A scoring system, and a composite of the Intern's strengths and weaknesses will be utilized to evaluate the expected behaviors of the Intern.

3.      Operational Definitions of the Scoring System. The daily evaluation form describes behaviors that Interns are expected to meet or exceed during a semester. These behaviors are based on the programs' terminal outcomes, which specify the skills and behaviors a graduate of the program will meet.

4.      Intern behaviors are rated in four states based upon the semester level. These levels are based upon the work of Benner (1984) who studied stages of practitioner development. The following definitions were created by Dr. Elizabeth Seibert and used with permission.

    a.     Novice: Expected performance level for the 1st semester
- Eager to learn but easily discouraged by small failures; unrealistically high expectations of self performance

- No experience in anesthesia setting
  - Needs basic information emphasized; e.g., preop evaluation, room set-up, charting, airway management and intubation; IV starts

- Focuses on procedures
  - Concentrates on technical proficiency (room set-up, intubation, a-line insertion)
  - Care plan is a laundry list of drugs and techniques rather than patient or procedure specific
  - Anesthetic care plan omits important patient/procedural considerations

- Relies on rules and rote memory to make decisions

  ○ Bases decisions on textbook learning without consideration of the context or special circumstances
  ○ Wants to know the **one** right way to do things
  ○ Administers calculated drug dosages without considering patient status
  ○ Poor or weak rationale for decisions

- Unable to identify what is important in a situation

  ○ Focuses on one aspect of the patient/procedure and is easily distracted
  ○ Unable to see big picture

- Requires constant direction

  ○ Uncertain
  ○ Hesitant to implement any interventions
  ○ Needs constant prompting and reassurance

- Disorganized

  ○ Room/drug/equipment setup is incomplete
  ○ Application of monitors and administration of drugs is illogical and disordered

b.  Advanced Beginner:  Expected performance level for 2nd semester

- Beginning to develop some principles of practice

  ○ Understands the stages of the anesthetic process but is inefficient in implementation and management of the process
  ○ Comfortable with one method or plan of anesthesia; needs to be challenged to try other drugs and techniques
  ○ Recognizes that not all patients follow the rules

- Concerned with organizing and prioritizing tasks

  ○ Beginning to develop a plan for administration of an anesthetic and organization for a day
  ○ Has acquired basic technical skills (charting, intubation and airway management) but skills need considerable refining

84

○      Able to manage simple or familiar procedures with minimal assistance; e.g., prepares patient for anesthesia induction within 10 minutes.  Beginning to manage more complex cases with less assistance (major ortho cases, crani, sicker patients)

●      Needs help setting priorities

○      Problems or deviations from normal may disrupt thought or decision processes and organizational skills
○      Unable to adapt in rapidly changing situations
○      Rationale for decisions is good in familiar or simple situations; still unfamiliar with more complex procedures or those in special populations (peds, OB, etc.)
○      Adequate preoperative assessment skills but needs suggestions for areas to include or check

●      Relies on expertise of instructors and others

○      Needs reinforcement that decisions are appropriate
○      May not feel responsible for whole situation
○      Frequently underestimates or may not anticipate potential problems with patient or procedure
○      Recognizes problems/patient responses to procedure and anesthetic, but does so slowly
○      Makes interventions to correct problems, but intervention may not always be appropriate

●      Can be left alone for brief periods but still requires considerable supervision

c.      Competent:  Expected performance level for 3rd and 4th semesters

●      Organized and efficient

○      Good understanding of the anesthetic process and has formulated a method of implementing it
○      Anticipates potential problems and is able to manage some of them
○      Not overwhelmed by new situations
○      Safely administers anesthesia with minimal assistance on uncomplicated, low to moderate difficulty patients and procedures

85

- Focus on mastery and planning

  ○ Technical skills are good but need continued refinement; e.g., seeks to expand repertoire of airway management and regional techniques
  ○ Consciously considers steps to take in event of a problem
  ○ Anesthesia care plan is less standardized and more patient specific

- Takes responsibility for management of anesthetic

  ○ Does not wait for instructor prompting to make interventions
  ○ Provides good rationale for decisions to instructors and surgeons
  ○ Accepts responsibility for decisions and outcomes

- Reluctant to ask for help; overly responsible

  ○ Focuses on doing all tasks without assistance
  ○ Inefficient use of other team members
  ○ Recognizes limitations of scientific knowledge and other's expertise
  ○ Has made mistake which had potential for adverse patient outcome; increases vigilance as a result

- Can be left alone for longer periods of time

d.  Proficient:  Expected performance level for 5th semester

- Views situation as a whole rather than parts

  ○ Realizes that a successful surgical outcome involves many factors
  ○ Does not think about isolated parts of anesthetic but sees it as a total process

- Does not need to formally plan

  ○ Clinical experience allows anticipation of possible events
  ○ Knows what to do in a given situation without prior planning

86

       ○     Considers alternatives based upon experience
       ○     Knows what can be safely omitted and what must be done

   ●     Able to practice in a variety of situations with minimal direction

       ○     Technical skills are good and broad enough to meet most situations
       ○     Has administered a sufficient number of anesthetics to feel comfortable with complex patients and procedures

   ●     Comfortable with decisions

       ○     Recognizes limitations
       ○     May be over confident of their ability
       ○     Knows when/who to call for assistance

C.    Evaluation Procedure:

   1.   When supervising a RNAI in the clinical area, the instructor will:

   a.   Instruct the Intern in the skills needed for administering anesthesia, using safe, effective, accepted methods based on sound scientific principles.

   b. Evaluate that Intern in the following manner:

     i. The Intern is responsible for providing the evaluation form to the faculty member at the beginning of the day.  Evaluation forms provided to the faculty after the date to be completed or placed in the faculty member's mailbox will not be accepted.

     ii.  Each clinical instructor who supervises an Intern will complete the instructor's portion of the daily evaluation form.  More than one instructor may fill out portions of the form, based on the section observed.

     iii. Each instructor evaluates the intern based upon each scale according to the grading guide located on the back of the evaluation form. In addition, a written note of the Intern's strengths and weaknesses can be made in the appropriate section of the form.

     iv.  Scoring is typically not to be based on a single event but rather on a number of observations under a variety of situations.  If the instructor will not be with the Intern for subsequent activities, then the instructor should complete the form based only on what he/she has observed.

     v.  It is the responsibility of both the Intern and the faculty to complete these forms.  Items marked as deficiencies require instructor comments.

     vi. The form must be filled out in ink, signed and dated by both the instructor and the Intern.

        vii.  The instructor returns the form to the Intern and should discuss the evaluation with the Intern at that time.

2.    When obtaining a clinical evaluation form, the Intern will:
   i. Complete the self-evaluation portion of the evaluation.
   ii. Interns must hand in all of the evaluations for the previous week at the beginning of each class weekly.  Interns not submitting evaluations weekly may be suspended from the clinical area until the evaluations are received by the program.
   iii.  Failure to submit evaluations from the clinical site over a three week time period may result in failure of the practicum.
   iv. One written evaluation must be completed daily and submitted weekly with the daily evaluations.
   v.  An appropriate verbal anesthetic care plan is to be provided to the instructor prior to administering any anesthetic.

D. Grading
1.    Each daily evaluation will be assessed to determined if the Intern's performance has met or not met the expected outcomes for the semester.
2.    Failure to obtain one or more scores of an expected state on any criteria on a daily evaluation will result in an unmet for the overall score of that evaluation to be earned.
3.    Obtaining zero to four unmet evaluations in one semester will result in a grade of "A" to be awarded.
4.    Obtaining five to nine unmet evaluations in one semester will result in a grade of "B" to be awarded.
5.    Obtaining ten unmet evaluations in one semester will result in a grade of "C" to be awarded.
6.    If arbitration over an evaluation is desired by either the Intern or the instructor, the Director or Assistant Director shall be notified and a time for arbitration shall be scheduled as soon as possible with either one of the aforementioned people presiding.
7.    The intern must earn a minimum grade of a "B" to progress in the program.
8.    At midterm and semester end, the forms will be reviewed and scores tabulated to obtain a summary of the Intern's performance. The Progression Committee will evaluate the Intern's progress and make recommendations related to the Intern's progression in the program.
9.    At midterm, if an Intern's daily evaluations are below the expected performance level, a counseling session will be held between the Intern and the Intern's Mentor or the Director or Assistant Director, with the goal of correcting any deficiencies noted before the end of the semester.  This session will be noted, signed and placed in the Intern's file.  This counseling session will be dependent upon the timely submission of evaluations by the Intern.
10.    A counseling and discussion conference is conducted with each individual Intern during monthly mentor conferences. These mentor conferences include discussions of strengths and weaknesses and how weaknesses will be improved.

88

11.   At the end of each semester, a meeting with the Intern will provide a summative evaluation of the semester, a copy will be provided to the Intern, and a signed copy is placed in the Intern's file.

12.   **Note:  Results of chart and pharmacy audits revealing deficits may result in a daily evaluation's scoring to be adjusted to reveal that the clinical objectives for the day were not met.**

E.   Clinical Competencies

1.   There are two clinical competencies which must be successfully completed during the first semester of the junior year. It is the responsibility of the Intern to meet with their CRNA Mentor to complete the competency requirements.

a.   The Anesthesia Machine Checkout Competency must be completed one (1) month after beginning in the clinical area. (B.U.'s Sakai Forms: Anesthesia Machine Check-out Competency.)

b.   The Clinical Competency must be competed by December 1 (B.U. Sakai Forms: Clinical Competency.)

89

**Intern Progression Policy**

I.    Policy:  The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program's Progression Committee shall evaluate the  RNAIs' clinical abilities and recommend the need for remediation, probation, suspension, or dismissal.

II.   Purpose:  The purpose of the intern progression policy is to provide the faculty and Interns of the nurse anesthesia program with information on the process utilized to evaluate RNAI performance and recommend actions related to the Intern's continued participation or completion of the program.

III.  Procedure:
  A.    Committee Structure
    1.    The Committee will be composed of six individuals as follows:
        a. An anesthesiologist faculty member
        b. Four CRNA faculty members to include:
            i.    the DMH CRNA Clinical Coordinator
            ii.   if possible, one CRNA faculty member who has graduated within the past two-three years.
            iii.  Two other CRNA faculty members as appointed
            iv.   One MU SON full affiliate faculty member
    2.    Membership and Terms
        a. The DMH CRNA Clinical Coordinator or designee will chair the progression committee.
        b. Membership will be appointed by the Program Director
        c. Membership terms
            i. Terms are for two years and are rotational.
            ii. While rotation throughout the faculty is preferred, it is possible for members to be reappointed for consecutive terms.
  B.    Committee Responsibilities
    2.    The committee will serve as the disciplinary committee of the program.
        a.  The Committee will conduct a hearing following a report of performance or behaviors that are inconsistent with the expected standards of the profession of nurse anesthesia, DMH, Millikin University or the SON
        b.  Recommendations will be made to the Program Director regarding suspension, probation, dismissal, delayed graduation, or the removal of these actions.
        c.  Decisions of the committee are made by a majority vote.
        d.  Interns may request to personally present information to the committee.
        e.  Interns may be requested by the committee to personally present information.

90

**Substance Abuse Policy**

I.    Policy:  The unlawful manufacture, distribution, dispensation, possessing or use of a controlled substance or the unlawful possession and use of alcohol is wrong, harmful, and prohibited in and on Decatur Memorial Hospital owned and controlled property.

II.    Purpose:  The purpose of a policy in substance abuse is to explain the standards of conduct and disciplinary sanctions to be imposed for the unlawful possession, use or distribution of illicit drugs and alcohol by The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program interns.

III.    Procedure:
   A.    Any intern determined to have violated this policy shall be subject to disciplinary action for misconduct, which action may include termination/expulsion and referral for rehabilitation or prosecution.
   B.    No intern is to report to work/class or any program activity while under the influence of illegal drugs or alcohol.
   C.    Violation of these policies by an intern will be reason for evaluation/treatment for drug/alcohol use disorder and/or for disciplinary action up to and including termination/expulsion, and/or referral for prosecution consistent with local, state, and federal law.
   D.    The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program completely cooperates with its various clinical sites and acknowledges the right of each to enforce a drug-free workplace.
   E.    Interns are required to abide by the policies and procedures of each Department of Anesthesia and health care facility to which they are assigned.
   F.    Action will be taken against any intern who violates the drug-free workplace within the Program.
   G.    The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program Position Statement:
      1.    Decatur Memorial Hospitals Nurse Anesthesia Program/Bradley University expresses its commitment to the education of nurse anesthetists, to the support of all members of the faculty, and to the practice of safe, competent anesthesia care for all consumers.  Chemical dependency poses a threat to these goals; therefore it is the school's responsibility to educate interns and faculty on the inherent problems of the chemically dependent.
      2.    Interns, CRNAs, and MD faculty are legally and ethically accountable to the consumer and the profession for the quality of anesthesia care rendered.  To this end, the program provides information and mechanisms of peer support as well as treatment modalities suggestions for interns, CRNAs, and the MD faculty to help the chemically dependent.
         a.    Topics on Drug Abuse and Stress Management shall be incorporated into the curriculum and shall be given in the initial phase of the intern's didactic preparation at the DMH campus (Broadfields).

91

b.   Information on available workshops in the area shall be disseminated to all interns and faculty.

c.   Decatur Memorial Hospital's Employee Assistance Program (EAP) provides a counselor for faculty and interns. A 24 hour "hotline" is available at 1-800-433-7916.

d.   Center for Wellness and Counseling at Bradley University (professional counseling and supportive, trained staff) is available for Bradley University students).

e.   Anesthesia Interns and CRNAs may also utilize the AANA's Peer Assistance Committee. AANA web site is www.aana.com/peer
    Hotline #800-654-5167
    Anesthetists in Recovery #612-724-8238

f.   The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program does not grant nor cannot grant immunity to civil law when interns or faculty create breaches, simply because they are faculty or interns.  Any use, possession, or distribution of illegal drugs and/or narcotics is considered to be a matter of great concern. Theft of controlled substances must be reported to civil authorities.

g.   Endangerment to the well-being of patients and fellow employees will result in immediate dismissal.

3.  Any Intern or faculty member with an active addiction shall be advised of available treatment programs and shall comply with Decatur Memorial Hospital's Personnel Policy "DRUG FREE WORKPLACE ACT" (refer to DMH Intranet – policies section).

4.  Interns enrolled in The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program give their consent for random drug testing.

**Technical and Physical Standards Policy**

I.      Policy:      Graduates of The Millikin University and Decatur Memorial Hospital Nurse Anesthesia Program must be able to fulfill the duties of CRNAs. RNAIs must have specified skills and abilities. Reasonable accommodations for individuals with documented disabilities will be considered, however the individual must be able to perform independently.

II.     Purpose:     The purpose of the technical and physical standards policy is to delineate the technical and physical standards required for participation in the nurse anesthesia program.

III.    Procedure:    Registered Nurse Anesthesia Interns must be able to:
1. Interns must comply with the "Minimum Performance Standards for Admission and Guidelines for Accommodating Students with Disabilities" as provided in the SON Graduate Student Handbook.
2. Interns will sign a certification acknowledging the information provided regarding the acceptable minimum standards.

93

**Wellness Policy**

I.    Policy: RNAIs will notify the Nurse Anesthesia Administration of a change in their health status. The Nurse Anesthesia Faculty reserves the right to refer a RNAI for counseling.

II.   Purpose: The purpose of an intern wellness policy is to insure RNAIs remain physically and/or mentally able to maintain optimal academic and safe clinical performance.

III.  Procedure: RNAIs are responsible for maintaining their health status. Any RNAI experiencing a change in health status shall:
   A.   Notify the Program Director
   B.   If the RNAIs health poses a danger to the safety of the RNAI, coworkers, patients, or others:
      1.   The Program Director and the RNAI shall determine possible courses of action which may include but not be limited to:
         a.   Employee Assistance Program (EAP) referral for counseling.
         b.   Leave of Absence (LOA) for up to one year
         c.   Resignation or dismissal
      2.   The Program Director and RNAI shall establish an agreement that outlines the terms of the LOA, remediation, or continuation in the nurse anesthesia program.
   C.   EAP
      1.   The hospital provides an employee benefit to Interns known as EAP (Employee Assistance Program).  The EAP provides short term counseling and referrals by telephone.  The initial counseling sessions are free of charge.  Pro-rated charges are in effect when counseling sessions are extended beyond the number of free sessions.  Counseling is provided by professionals educated in counseling, clinical psychology, social work, and industrial relations.
      2.   Confidentiality is of prime importance and assured at all times. Assistance with legal and financial matters, alcohol or drug problems, emotional, family or marital difficulties, and school or work related problems is available.  The telephone number is 1-800-433-7916 or 422-0043, and the hours are from 8 a.m. to 5 p.m.
   D.   Millikin University also offers student services to support the RNAI
   E.   Failure to comply with this policy can result in probation and dismissal of the RNAI.

### Work Outside the Program Policy

I.      Policy: RNAIs are prohibited from administering anesthesia or representing him/herself as a nurse anesthetist. Extracurricular employment as an RN cannot interfere with the educational program, clinical or lecture schedules, or didactic or clinical performance.

II.     Purpose: The purpose of the Work Outside the Program policy is to insure that the extracurricular employment does not impede the RNAI's academic preparation and proper rest necessary to assume clinical responsibilities.

III.    Procedure:

    A.    RNAIs must be prepared to devote full time energies for the successful completion of their nurse anesthesia studies. Part-time work as an RN is extremely difficult to maintain while attempting to meet the demands of the program. Therefore, RNAIs are discouraged from seeking outside employment during the anesthesia specialty.

    B.    Should an RNAI choose to work, an intern may work only as long as the:

        1.    RNAI engaging in extracurricular work notifies the Program Director.

        2.    RNAI's academic and clinical performance is satisfactory.

        3.    RNAI not work in excess of 16 hours per week.

        4.    RNAI is not employed during the eight (8) hours prior to any class or clinical assignment.

    C.    When any RNAI's academic or clinical performance falls due to working outside the program's committed time, the RNAI will be asked to refrain from working and may result in disciplinary action should performance impact patient safety or the RNAI's ability to progress in the program.

    D.    A RNAI shall not work at any time, by title or function, as a nurse anesthetist.

        1.    RNAIs are prohibited from administering anesthesia in any other hospital or situation other than that which is directly related to the nurse anesthesia program.

        2.    Providing anesthesia, other than during clinical learning, or representation as a nurse anesthetist will result in immediate dismissal from the program.